**07 C 6654**

**JUDGE ASPEN
MAGISTRATE JUDGE MASON**

# EXHIBIT #1

312-368-5113   THE OWENS GROUP   000 P02   OCT 12 '00 16:53

# HEALTH CARE FACILITY MEDICAL PROFESSIONAL LIABILITY PROTECTION — CLAIMS-MADE COVERAGE SUMMARY



**The St.Paul**

This Coverage Summary shows the limits of coverage and deductibles that apply to your Health Care Facility Medical Professional Liability Protection - Claims-Made.

REVISED

| Limits Of Coverage | | Deductibles | |
|---|---|---|---|
| Each person limit. | $2,000,000 | Each person deductible. | NONE |
| Total limit. | $3,000,000 | Total deductible. | |

**Important Note:** If a Total deductible is not shown, the total amount you'll be responsible for within the Each person deductible is not limited.

**Type Of Facility:**
EMTS
Nurses

**Who's Protected Under This Agreement**

Facility
VILLAGE OF SCHAUMBURG

Retroactive Date
10-01-98

---

Name of Insured
VILLAGE OF SCHAUMBURG

Policy Number GP03400387
Processing Date 11/25/98   08:14   001

Effective Date 10/01/98

46168 Ed.6-94 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1994 All Rights Reserved

Coverage Summary

Page   1

**HEALTH CARE FACILITY MEDICAL PROFESSIONAL LIABILITY PROTECTION – CLAIMS-MADE**

The St.Paul

This insuring agreement provides medical professional injury liability protection for your health care business. There are, of course, limitations which apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

**Important Note.** This insuring agreement provides claims-made coverage. Claims or suits must be reported during the policy period or during an optional reporting endorsement period. Please read this insuring agreement carefully, especially the What This Agreement Covers and When This Agreement Covers sections.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Medical professional injury liability. | 1 |
| Right and duty to defend. | 2 |
| Additional payments. | 2 |
| Right to appeal. | 3 |
| **When This Agreement Covers** | 3 |
| **Optional Reporting Endorsement** | 3 |
| **Where This Agreement Covers** | 4 |
| **Who Is Protected Under This Agreement** | 4 |
| Individual. | 4 |
| Partnership or joint venture. | 4 |
| Corporation or other organization. | 4 |
| Administrators. | 4 |
| Persons performing committee or board services. | 4 |
| Employees, students and volunteer workers. | 4 |
| Separation of protected persons. | 4 |
| **Limits Of Coverage** | 4 |
| Each person limit. | 5 |
| Total limit. | 5 |
| How the limits of coverage apply if a total limit is left blank. | 5 |
| Application of new limits. | 5 |
| **Deductibles** | 5 |
| Each person deductible. | 5 |
| Total deductible. | 5 |
| **Other Insurance** | 5 |

**What This Agreement Covers**

*Medical professional injury liability.* We'll pay amounts any protected person is legally required to pay as damages, including damages assumed under contract. The damages must be for medical professional injury that results from health care professional services provided, or which should have been provided:
- by or for a protected person;
- on or after the retroactive date; and
- before this agreement ends.

The medical professional injury must also be reported to us while this agreement or an optional reporting endorsement to this agreement is in effect.

*Protected person* means any person or organization who qualifies as a protected person under the Who Is Protected Under This Agreement section of this agreement.

*Contract* means any contract or agreement that is in effect at the time of the medical professional injury.

*Medical professional injury* means injury, including death, to others that results from health care professional services provided, or which should have been provided, by or for a protected person.

*Health care professional services* means only the following:

- Medical, surgical, dental, x-ray, nursing, mental or other similar health care professional services or treatments, and food or beverages given with those services or treatments.

- Dispensing of drugs or medical or dental supplies and appliances.

---

The St.Paul

- Performing postmortem procedures, including autopsies or harvesting of organs.

- Evaluating, or responding to an evaluation of, the professional qualifications or clinical performance of any provider of health care professional services, when done by or for any of your formal review boards or committees.

- Communicating, or failing to communicate, to any of your formal review boards or committees, information that relates to their covered activities.

- Carrying out, or failing to carry out, a decision or directive of any of your formal review boards or committees that relates to their covered activities.

*Your formal review boards or committees* means any formal review board or committee of yours while performing the following functions:
- evaluating the professional qualifications or clinical performance of any provider of health care professional services; or
- promoting and maintaining the quality of health care professional services being provided.

*Retroactive date* means the retroactive date shown in the Coverage Summary. If no retroactive date is shown in the Coverage Summary, we'll consider the retroactive date to be the same as the beginning date of this agreement.

**Right and duty to defend.** We'll have the right and duty to defend any claim or suit for covered medical professional injury made or brought against any protected person. We'll do so even if any of the allegations of any such claim or suit are groundless, false or fraudulent. But we have no duty to perform other acts or services. And our duty to defend claims or suits ends when we have used up the limits of coverage that apply with the payment of judgments or settlements.

We'll have the right to investigate any claim or suit for covered medical professional injury to the extent that we believe it is proper to do so. We'll also have the right to settle any claim or suit for covered medical professional injury within the available limits of coverage.

*Claim* means:
- a demand which seeks damages for medical professional injury; or
- your notice advising of circumstances which are likely to result in a demand for damages for medical professional injury.

*Your notice* means a notice from you to us or one of our agents that includes all of the following:
- The date, time and place of the medical professional injury.
- A detailed description of what happened, including what health care professional service was being provided or should have been provided.
- The type of demand for damages that you anticipate.
- The name and address of the injured party.
- The names and addresses of any witnesses.

But we won't consider any "Patient Incident Report", "Variance Report" or any other report, made for loss prevention purposes, to be a notice, even if you send it to us or one of our agents.

*Suit* means a civil proceeding which seeks damages for medical professional injury. It includes:
- an arbitration proceeding for such damages to which the protected person must submit or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

**Additional payments.** We'll have the duty to make only the payments shown below in connection with any claim or suit for covered medical professional injury that we investigate or defend. These payments are in addition to the limits of coverage. But our duty to make such payments ends when we have used up the limits of coverage that apply with the payment of judgments or settlements.

*Our expenses.* We'll pay all expenses we incur.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or defend a claim or suit for covered medical professional injury. But

we won't pay more than $250 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person in a suit.

*Prejudgment interest.* We'll pay the prejudgment interest that's awarded against the protected person on that part of a judgment paid by us. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment interest.* We'll pay all interest that accumulates on that part of a judgment for which we make a payment. But only from the date of the judgment to the date we:
• pay;
• offer to pay; or
• deposit in court;
the limit of coverage that applies to the judgment.

**Right to appeal.** We'll have the right to appeal a judgment for medical professional injury in any suit we defend.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal. This includes any taxed costs and postjudgment interest. Such appeal expenses are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

## When This Agreement Covers

We'll apply this agreement to claims or suits for covered medical professional injury only when they're first reported:
• while this agreement is in effect; or
• while an optional reporting endorsement to this agreement is in effect.

But this does not include any claims or suits that any protected person knew about before the beginning date of this agreement.

We'll consider a claim or suit for covered medical professional injury to be first reported on the date that you inform us or one of our agents of a claim or suit.

If a claim or suit for covered medical professional injury is first reported while this agreement or an optional reporting endorsement to this agreement is in effect, we'll consider any later claims or suits for the same medical professional injury to have been reported at the time the first claim or suit was reported.

## Optional Reporting Endorsement

If this agreement is cancelled or not renewed for any reason, you have the right to buy an optional reporting endorsement.

An optional reporting endorsement will not change the ending date of this agreement. But it will extend the time during which you may first report claims or suits for medical professional injury that would have been covered by this agreement had the claim or suit first been reported before this agreement was cancelled or not renewed.

We won't issue an optional reporting endorsement unless we receive your written request for it within 30 days after this agreement, or a previous optional reporting endorsement to this agreement, ends. Nor will it take effect unless the additional premium for it is paid when due. If we don't receive your written request within the 30 days or you don't pay the additional premium when it's due, you may not exercise this right later.

If an optional reporting endorsement, issued when this agreement ends, extends indefinitely the time to first report claims or suits, its premium will be figured using rates and rules in effect at the time your most current policy period began.

Once you have paid the additional premium, an optional reporting endorsement may not be cancelled and the entire premium is non-refundable.

The St.Paul

## Where This Agreement Covers

We'll:
- investigate and defend claims or suits; and
- pay judgments or settlements;

in the coverage territory, for covered medical professional injury that results from health care professional services provided, or which should have been provided:
- in the coverage territory; or
- in the rest of the world by a person whose home is in the coverage territory, but is away for a short time on your business.

*Coverage territory* means the United States of America, its territories and possessions, Puerto Rico and Canada. It includes international waters or airspace only during travel or transportation between any of the above places.

## Who Is Protected Under This Agreement

The following are protected persons. But no intern, extern, resident, or dental, osteopathic or medical doctor is a protected person for any direct patient care that they provided or should have provided.

**Individual.** If you are named in the Coverage Summary and are an individual, you and your spouse are protected persons only for the conduct of a business of which you are the sole owner.

**Partnership or joint venture.** If you are named in the Coverage Summary and are a partnership or joint venture, you are a protected person. Your partners or co-venturers and their spouses are protected persons only for the conduct of your business.

However, no person or organization is a protected person for the conduct of any current or past partnership or joint venture that's not named in the Coverage Summary.

**Corporation or other organization.** If you are named in the Coverage Summary and are a corporation or other organization, you are a protected person. Your executive officers, directors or trustees are protected persons only for their duties as your officers, directors or trustees. Your stockholders are protected persons only for their liability as your stockholders.

**Administrators.** Your administrators are protected persons only for their duties as your administrators.

*Your administrators* means any administrator, superintendent or chief executive officer, medical director, department head (including the head of the medical staff) or staff member that performs administrative duties for you.

**Persons performing committee or board services.** Persons performing services on or for your formal review boards or committees are protected persons, but only while performing covered services required or requested by such boards or committees.

**Employees, students and volunteer workers.** Your employees, students and volunteer workers are protected persons only for work done within the scope of their duties for you.

But we won't cover medical professional injury to fellow employees if that injury is received on the job.

**Separation of protected persons.** We'll apply this agreement:
- to each protected person named in the Coverage Summary as if that protected person was the only one named there; and
- separately to each other protected person.

However, the limits of coverage are shared by all protected persons. We explain how in the Limits Of Coverage section. Also, any right or duty specifically assigned to the first Named Insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage

The limits shown in the Coverage Summary and the information contained in this section fix the most we'll pay regardless of the number of:

- protected persons;
- claims or suits reported; or
- persons or organizations making claims or bringing suits.

**Each person limit.** This is the most we'll pay for all covered medical professional injury that results from a health care professional service, or a series of related health care professional services, to any one person.

**Total limit.** This is the most we'll pay for all claims or suits for covered medical professional injury that are first reported in a policy year.

We explain what we mean by first reported in the When This Agreement Covers section.

*Policy year* means the policy period shown in the Introduction when the policy period is one year or less. But when the policy period is longer than one year, it means each consecutive annual period, and the remaining period if any, that the policy is in effect, starting with the date the policy begins.

If the original policy period shown in the Introduction is extended for less than 12 months, each extended period will be considered to be part of the last policy year. For example:

*Your policy period is for one year. During the policy year you request a three month extension. We agree. As a result, your policy year becomes 15 months. It will be subject to the same limits of coverage that applied when the policy year was 12 months.*

**How the limits of coverage apply if a total limit is left blank.** If the amount of the total limit is left blank in the Coverage Summary, that total limit will be considered to be three times the each person limit.

**Application of new limits.** If you change the limits of your coverage under this agreement, or if you have changed them in the past while insured by us, the new limits don't apply to any claim or suit that:
- was made or brought against any protected person; or
- any protected person knew about;
before the effective date of the limits change.

## Deductibles

The deductibles shown in the Coverage Summary and the information contained in this section fix the amount of damages over which the limits of coverage will apply, regardless of the number of:
- protected persons;
- claims or suits reported; or
- persons or organizations making claims or bringing suits.

The deductible does not apply to any additional payments. We can pay all or part of your deductible to settle a claim or suit. If we do, you agree to repay us within 30 days after we inform you of the loss payment.

**Each person deductible.** You'll be responsible for the amount of damages within this deductible for all covered medical professional injury that results from a health care professional service, or a series of related health care professional services, to any one person.

**Total deductible.** You'll be responsible for the amount of damages within this deductible for all claims or suits for covered medical professional injury that are first reported in a policy year.

We explain what we mean by first reported in the When This Agreement Covers section.

If no Total deductible amount is shown in the Coverage Summary, this Total deductible section doesn't apply. You'll be responsible for all Each person deductibles without further limitation.

## Other Insurance

This agreement is primary insurance. If the protected person has any other valid and collectible insurance for claims or suits covered by this agreement, we'll pay the portion of the damages which:
- exceeds the deductible, if one applies; and

**The St.Paul**

• equals our percentage of the total of all limits that apply.

But we won't pay more than the limits of coverage that apply under this agreement. For example:

*The limit of coverage under this agreement is $1,000,000. Another policy with a limit of $250,000 also covers a claim covered by this agreement. We won't pay more than 80% ($1,000,000/$1,250,000) of any loss.*

**PROFESSIONAL LIABILITY CLAIMS-MADE ENDORSEMENT**
**ILLINOIS**

The St.Paul

This endorsement changes your Professional Liability Protection - Claims-Made.

### How Coverage Is Changed

The Optional Reporting Endorsement section of your claims-made professional liability agreement is replaced by the following.

### Optional Reporting Endorsement

This agreement may end because one of us chooses to cancel or non-renew it. If this happens, you have the right to buy a Reporting Endorsement. It extends the time to report covered claims.

The Reporting endorsement applies to any covered claim that results from any wrongful act that occurs before this agreement ends. The claim must first be made against you and must be reported to us after this agreement ends, but while the Reporting Endorsement is in effect.

To get this Reporting Endorsement, you must request it in writing and pay the additional premium within 30 days after this agreement ends. If we don't receive written notice and payment of the premium within this period, you may not exercise this right at a later date.

The premium will be based on our rates and rules in effect on the day the Reporting Endorsement begins. Those rules include a maximum premium charge based on the expiring annual policy premium. Your actual premium may be less than that maximum. You have the right to request what the maximum charge is from your agent. Once you pay the premium, we can't cancel the endorsement.

### Other Terms

All other terms of your policy remain the same.

---

47022 Ed.9-88 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1988

Endorsement

Page 1 of 1

**HEALTH CARE FACILITY MEDICAL PROFESSIONAL LIABILITY PROTECTION – CLAIMS-MADE COVERAGE SUMMARY**

The St Paul

This Coverage Summary shows the limits of coverage and deductibles that apply to your Health Care Facility Medical Professional Liability Protection - Claims-Made.

| Limits Of Coverage | | Deductibles | |
|---|---|---|---|
| **Each person limit.** | $2,000,000 | **Each person deductible.** | NONE |
| **Total limit.** | $3,000,000 | **Total deductible.** | |

**Important Note:** If a Total deductible is not shown, the total amount you'll be responsible for within the Each person deductible is not limited.

**Type Of Facility:**
EMTS

**Who's Protected Under This Agreement**

**Facility**
VILLAGE OF SCHAUMBURG

**Retroactive Date**
10-01-98

| **Name of Insured** | **Policy Number** GP09300703 | **Effective Date** 10/01/99 |
|---|---|---|
| VILLAGE OF SCHAUMBURG | Processing Date 12/13/99   10:12   001 | |

**HEALTH CARE FACILITY MEDICAL PROFESSIONAL
LIABILITY PROTECTION – CLAIMS-MADE**

TheStPaul

This insuring agreement provides medical professional injury liability protection for your health care business. There are, of course, limitations which apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

**Important Note.** This insuring agreement provides claims-made coverage. Claims or suits must be reported during the policy period or during an optional reporting endorsement period. Please read this insuring agreement carefully, especially the What This Agreement Covers and When This Agreement Covers sections.

**Table of Contents**    Page

**What This Agreement Covers**    1
   Medical professional injury liability.    1
   Right and duty to defend.    2
   Additional payments.    2
   Right to appeal.    3

**When This Agreement Covers**    3

**Optional Reporting Endorsement**    3

**Where This Agreement Covers**    4

**Who Is Protected Under This Agreement**    4
   Individual.    4
   Partnership or joint venture.    4
   Corporation or other organization.    4
   Administrators.    4
   Persons performing committee or board services.    4
   Employees, students and volunteer workers.    4
   Separation of protected persons.    4

**Limits Of Coverage**    4
   Each person limit.    5
   Total limit.    5
   How the limits of coverage apply if a total limit is left blank.    5
   Application of new limits.    5

**Deductibles**    5
   Each person deductible.    5
   Total deductible.    5

**Other Insurance**    5

**What This Agreement Covers**

**Medical professional injury liability.** We'll pay amounts any protected person is legally required to pay as damages, including damages assumed under contract. The damages must be for medical professional injury that results from health care professional services provided, or which should have been provided:
- by or for a protected person;
- on or after the retroactive date; and
- before this agreement ends.

The medical professional injury must also be reported to us while this agreement or an optional reporting endorsement to this agreement is in effect.

*Protected person* means any person or organization who qualifies as a protected person under the Who Is Protected Under This Agreement section of this agreement.

*Contract* means any contract or agreement that is in effect at the time of the medical professional injury.

*Medical professional injury* means injury, including death, to others that results from health care professional services provided, or which should have been provided, by or for a protected person.

*Health care professional services* means only the following:

- Medical, surgical, dental, x-ray, nursing, mental or other similar health care professional services or treatments, and food or beverages given with those services or treatments.

- Dispensing of drugs or medical or dental supplies and appliances.

**The St Paul**

- Performing postmortem procedures, including autopsies or harvesting of organs.

- Evaluating, or responding to an evaluation of, the professional qualifications or clinical performance of any provider of health care professional services, when done by or for any of your formal review boards or committees.

- Communicating, or failing to communicate, to any of your formal review boards or committees, information that relates to their covered activities.

- Carrying out, or failing to carry out, a decision or directive of any of your formal review boards or committees that relates to their covered activities.

*Your formal review boards or committees* means any formal review board or committee of yours while performing the following functions:
- evaluating the professional qualifications or clinical performance of any provider of health care professional services; or
- promoting and maintaining the quality of health care professional services being provided.

*Retroactive date* means the retroactive date shown in the Coverage Summary. If no retroactive date is shown in the Coverage Summary, we'll consider the retroactive date to be the same as the beginning date of this agreement.

**Right and duty to defend.** We'll have the right and duty to defend any claim or suit for covered medical professional injury made or brought against any protected person. We'll do so even if any of the allegations of any such claim or suit are groundless, false or fraudulent. But we have no duty to perform other acts or services. And our duty to defend claims or suits ends when we have used up the limits of coverage that apply with the payment of judgments or settlements.

We'll have the right to investigate any claim or suit for covered medical professional injury to the extent that we believe it is proper to do so. We'll also have the right to settle any claim or suit for covered medical professional injury within the available limits of coverage.

*Claim* means:
- a demand which seeks damages for medical professional injury; or
- your notice advising of circumstances which are likely to result in a demand for damages for medical professional injury.

*Your notice* means a notice from you to us or one of our agents that includes all of the following:
- The date, time and place of the medical professional injury.
- A detailed description of what happened, including what health care professional service was being provided or should have been provided.
- The type of demand for damages that you anticipate.
- The name and address of the injured party.
- The names and addresses of any witnesses.

But we won't consider any "Patient Incident Report", "Variance Report" or any other report, made for loss prevention purposes, to be a notice, even if you send it to us or one of our agents.

*Suit* means a civil proceeding which seeks damages for medical professional injury. It includes:
- an arbitration proceeding for such damages to which the protected person must submit or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

**Additional payments.** We'll have the duty to make only the payments shown below in connection with any claim or suit for covered medical professional injury that we investigate or defend. These payments are in addition to the limits of coverage. But our duty to make such payments ends when we have used up the limits of coverage that apply with the payment of judgments or settlements.

*Our expenses.* We'll pay all expenses we incur.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or defend a claim or suit for covered medical professional injury. But

we won't pay more than $250 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person in a suit.

*Prejudgment interest.* We'll pay the prejudgment interest that's awarded against the protected person on that part of a judgment paid by us. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment interest.* We'll pay all interest that accumulates on that part of a judgment for which we make a payment. But only from the date of the judgment to the date we:
- pay;
- offer to pay; or
- deposit in court;

the limit of coverage that applies to the judgment.

**Right to appeal.** We'll have the right to appeal a judgment for medical professional injury in any suit we defend.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal. This includes any taxed costs and postjudgment interest. Such appeal expenses are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

## When This Agreement Covers

We'll apply this agreement to claims or suits for covered medical professional injury only when they're first reported:
- while this agreement is in effect; or
- while an optional reporting endorsement to this agreement is in effect.

But this does not include any claims or suits that any protected person knew about before the beginning date of this agreement.

We'll consider a claim or suit for covered medical professional injury to be first reported on the date that you inform us or one of our agents of a claim or suit.

If a claim or suit for covered medical professional injury is first reported while this agreement or an optional reporting endorsement to this agreement is in effect, we'll consider any later claims or suits for the same medical professional injury to have been reported at the time the first claim or suit was reported.

## Optional Reporting Endorsement

If this agreement is cancelled or not renewed for any reason, you have the right to buy an optional reporting endorsement.

An optional reporting endorsement will not change the ending date of this agreement. But it will extend the time during which you may first report claims or suits for medical professional injury that would have been covered by this agreement had the claim or suit first been reported before this agreement was cancelled or not renewed.

We won't issue an optional reporting endorsement unless we receive your written request for it within 30 days after this agreement, or a previous optional reporting endorsement to this agreement, ends. Nor will it take effect unless the additional premium for it is paid when due. If we don't receive your written request within the 30 days or you don't pay the additional premium when it's due, you may not exercise this right later.

If an optional reporting endorsement, issued when this agreement ends, extends indefinitely the time to first report claims or suits, its premium will be figured using rates and rules in effect at the time your most current policy period began.

Once you have paid the additional premium, an optional reporting endorsement may not be cancelled and the entire premium is non-refundable.

TheStPaul

### Where This Agreement Covers

We'll:
- investigate and defend claims or suits; and
- pay judgments or settlements;

in the coverage territory, for covered medical professional injury that results from health care professional services provided, or which should have been provided:
- in the coverage territory; or
- in the rest of the world by a person whose home is in the coverage territory, but is away for a short time on your business.

*Coverage territory* means the United States of America, its territories and possessions, Puerto Rico and Canada. It includes international waters or airspace only during travel or transportation between any of the above places.

### Who Is Protected Under This Agreement

The following are protected persons. But no intern, extern, resident, or dental, osteopathic or medical doctor is a protected person for any direct patient care that they provided or should have provided.

**Individual.** If you are named in the Coverage Summary and are an individual, you and your spouse are protected persons only for the conduct of a business of which you are the sole owner.

**Partnership or joint venture.** If you are named in the Coverage Summary and are a partnership or joint venture, you are a protected person. Your partners or co-venturers and their spouses are protected persons only for the conduct of your business.

However, no person or organization is a protected person for the conduct of any current or past partnership or joint venture that's not named in the Coverage Summary.

**Corporation or other organization.** If you are named in the Coverage Summary and are a corporation or other organization, you are a protected person. Your executive officers, directors or trustees are protected persons only for their duties as your officers, directors or trustees. Your stockholders are protected persons only for their liability as your stockholders.

**Administrators.** Your administrators are protected persons only for their duties as your administrators.

*Your administrators* means any administrator, superintendent or chief executive officer, medical director, department head (including the head of the medical staff) or staff member that performs administrative duties for you.

**Persons performing committee or board services.** Persons performing services on or for your formal review boards or committees are protected persons, but only while performing covered services required or requested by such boards or committees.

**Employees, students and volunteer workers.** Your employees, students and volunteer workers are protected persons only for work done within the scope of their duties for you.

But we won't cover medical professional injury to fellow employees if that injury is received on the job.

**Separation of protected persons.** We'll apply this agreement:
- to each protected person named in the Coverage Summary as if that protected person was the only one named there; and
- separately to each other protected person.

However, the limits of coverage are shared by all protected persons. We explain how in the Limits Of Coverage section. Also, any right or duty specifically assigned to the first Named Insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

### Limits Of Coverage

The limits shown in the Coverage Summary and the information contained in this section fix the most we'll pay regardless of the number of:

- protected persons;
- claims or suits reported; or
- persons or organizations making claims or bringing suits.

**Each person limit.** This is the most we'll pay for all covered medical professional injury that results from a health care professional service, or a series of related health care professional services, to any one person.

**Total limit.** This is the most we'll pay for all claims or suits for covered medical professional injury that are first reported in a policy year.

We explain what we mean by first reported in the When This Agreement Covers section.

*Policy year* means the policy period shown in the Introduction when the policy period is one year or less. But when the policy period is longer than one year, it means each consecutive annual period, and the remaining period if any, that the policy is in effect, starting with the date the policy begins.

If the original policy period shown in the Introduction is extended for less than 12 months, each extended period will be considered to be part of the last policy year. For example:

*Your policy period is for one year. During the policy year you request a three month extension. We agree. As a result, your policy year becomes 15 months. It will be subject to the same limits of coverage that applied when the policy year was 12 months.*

**How the limits of coverage apply if a total limit is left blank.** If the amount of the total limit is left blank in the Coverage Summary, that total limit will be considered to be three times the each person limit.

**Application of new limits.** If you change the limits of your coverage under this agreement, or if you have changed them in the past while insured by us, the new limits don't apply to any claim or suit that:
- was made or brought against any protected person; or
- any protected person knew about;
before the effective date of the limits change.

**Deductibles**

The deductibles shown in the Coverage Summary and the information contained in this section fix the amount of damages over which the limits of coverage will apply, regardless of the number of:
- protected persons;
- claims or suits reported; or
- persons or organizations making claims or bringing suits.

The deductible does not apply to any additional payments. We can pay all or part of your deductible to settle a claim or suit. If we do, you agree to repay us within 30 days after we inform you of the loss payment.

**Each person deductible.** You'll be responsible for the amount of damages within this deductible for all covered medical professional injury that results from a health care professional service, or a series of related health care professional services, to any one person.

**Total deductible.** You'll be responsible for the amount of damages within this deductible for all claims or suits for covered medical professional injury that are first reported in a policy year.

We explain what we mean by first reported in the When This Agreement Covers section.

If no Total deductible amount is shown in the Coverage Summary, this Total deductible section doesn't apply. You'll be responsible for all Each person deductibles without further limitation.

**Other Insurance**

This agreement is primary insurance. If the protected person has any other valid and collectible insurance for claims or suits covered by this agreement, we'll pay the portion of the damages which:
- exceeds the deductible, if one applies; and

**The St Paul**

- equals our percentage of the total of all limits that apply.

But we won't pay more than the limits of coverage that apply under this agreement. For example:

*The limit of coverage under this agreement is $1,000,000. Another policy with a limit of $250,000 also covers a claim covered by this agreement. We won't pay more than 80% ($1,000,000/$1,250,000) of any loss.*