**07 C 6654**

**JUDGE ASPEN**
**MAGISTRATE JUDGE MASON**

# EXHIBIT #3







RECEIVED
JUN 2 2 2000
LEGAL DEPARTMENT

St. Paul Fire and Marine
Insurance Company
Dixon Commercial Claim Office
629 N Galena Ave., Ste. 120
Dixon, IL 61021
815.288.3025
877.362.7541
Fax 815.288.3078

*Mailing Address:*
P.O. Box 708
Dixon, IL 61021-0708

Villiage of Schaumburg
101 Schaumburg Court
Schaumburg, IL 60193-1899
Attn: Rita Elsner

Larry Frank
101 Schaumburg Court
Schaumburg, IL 60193-1899

Certified Mail/Return Receipt Requested
RE: File: GP09300703 12C001
    Insd: Villiage of Schaumburg
    Clmt: Tiffany Slee
    D/L: 4/3/99

Dear Ms. Elsner & Mr. Frank:

We acknowledge receipt of your formal report of claim and suit in the matter of Estate of Tiffany M. Slee, Deceased v. Village of Schaumburg, and Larry Frank et. al.

A review of your policies of insurance GP03400387 and GP09300703, issued by this company, reveals that this incident is not covered by your policies. The accident falls within the policy period of policy GP03400387, effective dates 10/1/98 to 10/1/99. Under the Public Entity General Liability Coverage Protection, this loss is excluded under the following exclusion:
Health care professional services. We won't cover injury or damage or medical expenses that result from the performance of or failure to perform health care professional services. But we won't apply this exclusion to any protected person who isn't a medical doctor if such injury or damage or medical expenses result from the providing of or failure to provide first aid or emergency medical services at the scene of an accident or public emergency.

*Health care professional services* includes: any dental, medical, mental, nursing, surgical, x-ray, or other health care professional service, including any advice, instruction, food, or beverage provided with such service; the dispensing of drugs or medical or dental supplies and appliances; and the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

We also considered coverage under your Public Entity Management Liability Coverage-Claims Made, form number 47279 of policy GP09300703. This form also excludes coverage for this loss under the following exclusion:

Members of
The St. Paul Companies
St. Paul Fire and Marine
Insurance Company
St. Paul Mercury
Insurance Company
St. Paul Guardian
Insurance Company
The St. Paul
Insurance Company
of Illinois

 

Health care professional services. We won't cover loss that results from the performance of or failure to perform health care professional services.
*Health care professional services* includes: dental, medical, mental, nursing, surgical, x-ray and other health care professional services, including food or beverages provided with those services; the dispensing of drugs or medical or dental supplies and appliances; and the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

We also considered coverage under your Health Care Medical Professional Liability Protection-Claims Made, form number 46167. This form provides coverage only for EMTS facilities and not for a family counseling center.

We must therefore disclaim coverage for this matter.

In stating this disclaimer, we do not intend to waive any other defenses under the policy. Likewise, we reserve to you all your rights and privileges under the policy.

Part 919 of the Rules of the Illinois Department of Insurance requires our company advise you that if you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 100 W. Randolph St., Suite 15-100, Chicago, IL 60601 and in Springfield at 320 West Washington St., Springfield, IL 62767.

Sincerely,

*Eric L. Brown*
Eric L. Brown
Sr. Claim Representative