**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THE VILLAGE OF SCHAUMBURG, an | ) | |
| Illinois Municipal corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  07-cv-6654 |
| | ) | |
| ST. PAUL MERCURY INSURANCE | ) | |
| COMPANY, a Minnesota corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF FILING</u>**

PLEASE TAKE NOTICE that on January 23, 2008, we filed the attached Appearances of Roderick T. Dunne and Linda J. Carwile, copies of which are hereby served upon you.

Dated at Chicago, Illinois, this 23rd day of January 2008.

**ST.   PAUL   MERCURY   INSURANCE COMPANY**

s/Roderick T. Dunne
Roderick T. Dunne

Roderick T. Dunne
Linda J. Carwile
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
200 South Michigan, 20th Floor
Chicago, Illinois  60604
Tel:     (312) 431-3700
Fax:     (312) 431-3670

## <u>CERTIFICATE OF SERVICE</u>

I, Roderick T. Dunne, an attorney of record in this matter, hereby state that on January 23, 2008, I electronically filed the foregoing Notice of Filing and Appearances of Roderick T. Dunne and Linda J. Carwile, using CM/ECF SYSTEM which will send notification to all attorneys of record before the hour of 5:00 p.m. on this the 23rd day of January, 2008.

s/Roderick T. Dunne
_____
Roderick T. Dunne
