**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE VILLAGE OF SCHAUMBURG, an Illinois Municipal corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 07-cv-6654 |
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation, | ) ) ) ) |
| Defendant. | ) |

**NOTICE OF FILING**

    PLEASE TAKE NOTICE that on January 25, 2008, we filed the attached Appearance of Linda J. Carwile, copies of which are hereby served upon you.

    Dated at Chicago, Illinois, this 25th day of January 2008.

                                 **ST. PAUL MERCURY INSURANCE COMPANY**

                                 s/Linda J. Carwile
                                 Linda J. Carwile

Roderick T. Dunne
Linda J. Carwile
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
200 South Michigan, 20th Floor
Chicago, Illinois 60604
Tel:   (312) 431-3700
Fax:  (312) 431-3670

## **CERTIFICATE OF SERVICE**

      I, Linda J. Carwile, an attorney of record in this matter, hereby state that on January 25, 2008, I electronically filed the foregoing Notice of Filing and Appearance of Linda J. Carwile, using CM/ECF SYSTEM which will send notification to all attorneys of record before the hour of 5:00 p.m. on this the 25th day of January, 2008.

                                                s/Linda J. Carwile
                                                  Linda J. Carwile