**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THE VILLAGE OF SCHAUMBURG, an Illinois Municipal corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 07-cv-6654 |
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation, | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on February 4, 2008, we filed Defendant's Answer and Affirmative Defenses to Plaintiff's Complaint, copies of which are hereby served upon you.

Dated at Chicago, Illinois, this 4th day of February 2008.

**ST. PAUL MERCURY INSURANCE COMPANY**

s/Linda J. Carwile
Linda J. Carwile

Roderick T. Dunne
Linda J. Carwile
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
200 South Michigan, 20th Floor
Chicago, Illinois 60604
Tel:  (312) 431-3700
Fax:  (312) 431-3670

2

**CERTIFICATE OF SERVICE**

      I, Linda J. Carwile, an attorney of record in this matter, hereby state that on February 4, 2008, I electronically filed the foregoing Notice of Filing and Defendant's Answer and Affirmative Defenses to Plaintiff's Complaint, using CM/ECF SYSTEM which will send notification to all attorneys of record before the hour of 5:00 p.m. on this the 4th day of February 2008.

                                                                                  s/Linda J. Carwile
                                                                                  Linda J. Carwile