**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

The Village of Schaumburg

                                  Plaintiff,

v.                                                                  Case No.: 1:07−cv−06654

                                                                      Honorable Marvin E. Aspen

St. Paul Mercury Insurance Company

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 21, 2008:

      MINUTE entry before Judge Marvin E. Aspen :Status hearing held on 2/21/2008, and continued to 10/30/08 at 10:30 a.m. The Court adopts the Case Management Order. Final dates. Parties to file a joint pretrial order in open court on 10/30/2008 at 10:30 AM.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.