# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**THE VILLAGE OF SCHAUMBURG**, )
an Illinois Municipal corporation, )
)
            Plaintiff, )
)
            v. )    Case No. 07-CV-6654
)
**ST. PAUL MERCURY INSURANCE COMPANY**, )
a Minnesota corporation, )
)
            Defendant. )

## CASE MANAGEMENT ORDER

This cause coming to be heard on case management, due notice having been given, and the Court being duly advised in the premises, IT IS HEREBY ORDERED THAT:

1. Fact discovery shall be completed by June 23, 2008.
2. Plaintiff's Rule 26(a)(2) disclosures shall be submitted to Defendant by July 21, 2008.
3. Defendant's Rule 26(a)(2) disclosures shall be submitted to Plaintiff by August 22, 2008.
4. Expert discovery shall be completed by October 21, 2008.
5. Status hearing is set for October 30, 2008 at 10:30 a.m.

February 21, 2008

ENTER:

By: _____
Judge Marvin E. Aspen

John L. Hayes (ARDC #6275099)
Andrew R. Greene (ARDC #6225072)
Krasnow Saunders Cornblath, LLP
500 N. Dearborn Street, 2nd Floor
Chicago, IL 60610
(312) 755-5700
(312) 755-5720 fax

Case 1:07-cv-06654    Document 15    Filed 02/21/2008    Page 2 of 2