



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: Andrew R. Greene

FIRM: Johnston & Greene, LLC

STREET ADDRESS: 542 South Dearborn Street

CITY/STATE/ZIP: Chicago, Illinois 60605

PHONE NUMBER: (312) 341-3900

ARDC NO. (If Member of Illinois State Bar): 6225072

☑ I am a member of the General Bar for the Northern District of Illinois.

☐ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 05-CV-07097 | In re Ameriquest Mortgage Co. Lending Practices | Marvin E. Aspen |
| 07-CV-06654 | The Village of Schaumburg v. St. Paul Mercury Ins. Co. | Marvin E. Aspen |
| | | |
| | | |
| | | |

_____    4/2/2008
Attorney's Signature           Date

**Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604**