IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **THE VILLAGE OF SCHAUMBURG**, an Illinois Municipal corporation, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 07-CV-6654 |
| **ST. PAUL MERCURY INSURANCE COMPANY**, ) a Minnesota corporation, ) ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Attorney John L. Hayes, having represented Plaintiff The Village of Schaumburg in the above-captioned matter, moves to withdraw as counsel and in support states as follows:

1. The Village of Schaumburg was represented by attorney Andrew Greene while Mr. Greene was affiliated with the law firm of Krasnow Saunders Cornblath LLP ("KSC").

2. Mr. Greene is no longer is affiliated with KSC, but now practices with the law firm of Johnston & Greene LLC, and continues to represent the Village of Schaumburg in this matter. The Village of Schaumburg has elected to continue with Mr. Greene and his new law firm as its counsel in this matter.

WHEREFORE, John L. Hayes, requests that the Court grant his motion to withdraw as counsel for Plaintiff The Village of Schaumburg in this case.

Respectfully submitted,

/s/John L. Hayes
John L. Hayes

John L. Hayes (ARDC #6275099)
Krasnow Saunders Cornblath, LLP
500 N. Dearborn Street, 2nd Floor
Chicago, IL 60610
(312) 755-5700
(312) 755-5720 fax