IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **THE VILLAGE OF SCHAUMBURG**, an Illinois Municipal corporation,<br><br>       Plaintiff,<br><br>      v.<br><br>**ST. PAUL MERCURY INSURANCE COMPANY,** a Minnesota corporation,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 07-CV-6654<br>) Honorable Marvin E. Aspen<br>)<br>)<br>)<br>) |

**NOTICE OF MOTION**

To: Andrew Greene
   Johnston & Greene LLC
   542 South Dearborn, Suite 1310
   Chicago, IL 60605

   Linda J. Carwile
   Karbal Cohen Economou Silk Dunne LLC
   200 South Michigan Avenue
   20th Floor
   Chicago, IL 60604

   Please take notice that on Thursday, May 15, 2008 at 10:30 in courtroom 2568 of the U.S. District Court for the Northern District of Illinois in the Everett McKinley Dirksen Building, 2198 South Dearborn Street, Chicago, IL, I shall appear before the Honorable Judge Aspen or any other Judge that may be sitting in his stead, and then and there present the attached Motion to Withdraw As Counsel.

Dated: May 7, 2008.

                   Respectfully submitted,

                   By: s/John L. Hayes

John L. Hayes (ARDC #6275099)
Krasnow Saunders Cornblath, LLP
500 N. Dearborn Street, 2nd Floor
Chicago, IL 60610
(312) 755-5700
(312) 755-5720 fax