IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **THE VILLAGE OF SCHAUMBURG**, an Illinois Municipal corporation,<br><br>       Plaintiff,<br><br>      v.<br><br>**ST. PAUL MERCURY INSURANCE COMPANY,** a Minnesota corporation,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)  Case No.  07-CV-6654<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

The Village of Schaumburg (the "Village"), by and through its undersigned counsel, and pursuant to FRCP 26(c), hereby moves this Court for entry of the Agreed Protective Order attached hereto as Exhibit A. In support of its motion, the Village states that this action may involve the discovery and disclosure of confidential information, and that the parties have drafted the attached Agreed Protective Order to govern the handling of such confidential information.

                **THE VILLAGE OF SCHAUMBURG**

                By:  /s/ Andrew R. Greene
                One of its Attorneys

Andrew R. Greene (ARDC #6225072)
Johnston Greene, LLC
542 S. Dearborn Street
Suite 1310
Chicago, IL 60605
(312) 341-3900
(312) 341-0700 fax