UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

The Village of Schaumburg
                                    Plaintiff,

v.                                                  Case No.: 1:07−cv−06654
                                                    Honorable Marvin E. Aspen

St. Paul Mercury Insurance Company
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

MINUTE entry before Judge Honorable Marvin E. Aspen dated 5/14/08:The motion for entry of agreed protective order [19], and Attorney John L. Hayes' motion to withdraw as attorney [17] noticed for hearing for 5/15/08 is reset to 5/20/2008 at 10:30 AM. The motion hearing set for 5/15/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.