UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

The Village of Schaumburg
                      Plaintiff,

v.                                         Case No.: 1:07−cv−06654
                                                               Honorable Marvin E. Aspen

St. Paul Mercury Insurance Company
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 15, 2008:

      MINUTE entry before Judge Honorable Marvin E. Aspen dated 5/15/08:Plaintiffs' Motion [19] for entry of agreed protective order is granted. Motions terminated. Enter Agreed Protective Order. The motion hearing set for 5/20/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.