**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THE VILLAGE OF SCHAUMBURG, an Illinois Municipal corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.  07-cv-6654 |
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation, | ) ) ) | Hon. Judge Marvin E. Aspen |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:    Andrew R. Greene
      Gabriela Nicolau
      **JOHNSTON GREENE, LLC**
      542 South Dearborn Street, Suite 1310
      Chicago, IL 60605

PLEASE TAKE NOTICE that on June 17, 2008 at 10:30 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Marvin E. Aspen, or any Judge sitting in his place or stead, in Room 2568 of the Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the Parties' Joint Motion To Bifurcate Discovery And To Amend Case Management Order, which was filed electronically on June 13, 2008.

Dated at Chicago, Illinois, this 13th day of June, 2008.

**ST. PAUL MERCURY INSURANCE COMPANY**

By:____s:/Linda J. Carwile_____
          One of Its Attorneys

Rory T. Dunne
Linda J. Carwile
**KARBAL, COHEN, ECONOMOU,
SILK & DUNNE, LLC**
200 South Michigan Avenue, 20th Floor
Chicago, Illinois 60604
(312) 431-3700
Fax: (312) 431-3670
Firm ID No. 38100

KCESD_316587_1.DOC

## CERTIFICATE OF SERVICE

I, Linda J. Carwile, an attorney of record in this matter, hereby state that on June 13, 2008, I electronically filed the foregoing Notice of Motion and the Parties' Joint Motion To Bifurcate Discovery And To Amend Case Management Order using the CM/ECF SYSTEM, which will send notification to all attorneys of record before the hour of 5:00 p.m. on this the 13th day of June, 2008.


                                        s/Linda J. Carwile
                                        Linda J. Carwile