**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

The Village of Schaumburg

                            Plaintiff,

v.                                                   Case No.: 1:07−cv−06654
                                                   Honorable Marvin E. Aspen

St. Paul Mercury Insurance Company

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 16, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 6/16/08:Joint motion to bifurcate [24] discovery and to amend case management order noticed for hearing for 6/17/08 is reset to 6/19/2008 at 10:30 AM. The motion hearing set for 6/17/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.