## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6654 | **DATE** | 6/18/2008 |
| **CASE TITLE** | The Village of Schaumburg vs. St. Paul Mercury Insurance Co. | | |

**DOCKET ENTRY TEXT**

Joint motion to bifurcate discovery and to amend case management order (Doc. No. 24) is granted.  The status hearing set for 10/31/08 is stricken. A status hearing is set for October 30, 2008 at 10:30 a.m. The motion hearing set for 6/19/08 is stricken.

■[ For further details see text below.]

Notices mailed by Judicial staff.

---

### STATEMENT

Fact discovery on the issue of whether St. Paul had a duty to defend the Village of Schaumburg and its employees in this case of Slee  v. Suburban Medical Center At Hoffman Estates, Inc., et al, Case No. 00 L 3846, filed in the Circuit Court of Cook County, Illinois, shall be completed by August 15, 2008.

Summary judgment motion on the issue of whether St. Paul had a duty to defend the Village of Schaumburg and its employees in this case of Slee v. Suburban Medical Center At Hoffman Estates, Inc., et al., Case No. 00 L 3846, filed in the Circuit Court of cook County, Illinois, shall be filed on or before September 26, 2008.

A status hearing is set for October 30, 2008, at 10:30 a.m.