## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of  
The Village of Schaumburg  
v.  
St. Paul Mercury Insurance Company

Case Number: ~~07 CV 6654~~  
07CV6654

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Village of Schaumburg

FILED  
JUN 23 2008  
6-23-2008  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Gabriela Nicolau |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ /s/ |

| FIRM |
|---|
| Johnston Greene, LLC |

| STREET ADDRESS |
|---|
| 542 S. Dearborn Street, Suite 1310 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60605 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6288457 | (312) 341-3900 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☑ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐