IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE VILLAGE OF SCHAUMBURG, an Illinois Municipal corporation, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 07-cv-6654 |
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation, ) ) ) ) | |
| Defendant. ) | |

### ST. PAUL FIRE MERCURY INSURANCE COMPANY'S
### RULE 26(a)(1) INITIAL DISCLOSURES

Defendant, ST. PAUL MERCURY INSURANCE COMPANY ("St. Paul"), by and through its attorneys, Karbal, Cohen, Economou, Silk & Dunne, LLC, hereby submits the following disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(1):

### F.R.C.P. 26(a)(1) Initial Disclosures

*(A)    the name, and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of information:*

Village of Schaumburg ("the Village")
101 Schaumburg Court
Schaumburg, IL 60193

Re:    Underlying Facts Agreement between St. Paul and the Village regarding St. Paul's funding of a defense for the Village.

Rita Elsner
Village of Schaumburg
101 Schaumburg Court
Schaumburg, IL 60193

Re:    Underlying Facts Agreement between St. Paul and the Village regarding St. Paul's funding of a defense for the Village.

259631_1.DOC



Gayle Greco
Village of Schaumburg
101 Schaumburg Court
Schaumburg, IL 60193

Re:   Underlying Facts Agreement between St. Paul and the Village regarding St. Paul's funding of a defense for the Village.

Brigitte Kocheny, Esq.
Dewey & LeBouf
Two Prudential Plaza, Suite 3700
180 North Stetson Avenue
Chicago, IL 60601

Re:   Underlying Facts Agreement between St. Paul and the Village regarding St. Paul's funding of a defense for the Village.

Bill Owens
The Owens Group, Inc.
19 South LaSalle Street, Suite 500
Chicago, IL 60603

Re:   Facts regarding placement of insurance for the Village.

Valerie Wright
The Owens Group, Inc.
19 South LaSalle Street, Suite 500
Chicago, IL 60603

Re:   Facts regarding placement of insurance for the Village of Schaumburg.

Krys Pedder
N.P. Masse & Associates, Inc.
Insurance Agency
1737 Naperville Road
Wheaton, IL 60187

Re:   Facts regarding placement of insurance for the Village of Schaumburg.

Eric Brown
Travelers
(Mr. Brown may be contacted through the undersigned counsel.)

Re:   Claim information for the Slee Lawsuit. St. Paul's response to the Village regarding the Slee Lawsuit. St. Paul's provision of a defense to the Village under

        reservation of rights. St. Paul's agreement with the Village regarding a cap on defense counsel fees.

John Liptack
Former Underwriter
Travelers
(Mr. Liptack may be contacted through the undersigned counsel.)

Re:    The St. Paul policies at issue.

Sue Steele
Underwriter
Travelers
(Ms. Steele may be contacted through the undersigned counsel.)

Re:    The St. Paul policies at issue.

**(B)** *a copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings:*

1. St. Paul will provide or otherwise make available a certified copy of the insurance policy at issue.

2. St. Paul will make available the relevant and non-privileged portions of the claim and underwriting files in this matter for copying and inspection at Karbal, Cohen, Economou, Silk & Dunne, 200 South Michigan Avenue, 20th Floor, Chicago, Illinois 60604 or via alternative arrangements.

3. St. Paul reserves the right to supplement its disclosure as additional information is obtained through the discovery process, should discovery be necessary in this case.

**(C)** *a computation of any categories of damages claimed by the disclosing party, making available for inspection and copying under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:*

Not Applicable as St. Paul is not presently claiming any damages. In the event that St. Paul later states a claim for damages, St. Paul reserves the right to amend its response herein.

(D) *for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:*

St. Paul will provide a certified copy of the insurance policy at issue.

Dated: February 7, 2008

                                              ST. PAUL MERCURY INSURANCE COMPANY

                                              By: _____
                                                  One of Its Attorneys

Rory T. Dunne
Linda J. Carwile
**KARBAL, COHEN, ECONOMOU,
SILK & DUNNE, LLC**
200 South Michigan Avenue, 20th Floor
Chicago, Illinois 60604
Tel: (312) 431-3700
Fax: (312) 431-3670
Firm ID No. 38100

259631_1.DOC                                     4

## CERTIFICATE OF SERVICE

I, Linda J. Carwile, an attorney of record in this matter, hereby certify that I caused a copy of Defendant St. Paul Mercury Insurance Company's Rule 26(a)(1) Initial Disclosures to be served on the following counsel of record:

John L. Hayes
Krasnow Saunders Cornblath LLP
500 North Dearborn Street
Second Floor
Chicago, IL 60610

by enclosing same in a properly addressed envelope, with postage prepaid, and depositing said envelope in the United States Mail Box located at 200 South Michigan Avenue, Chicago, Illinois before 5:00 p.m. on February 7, 2008.

_____
Linda J. Carwile