# Andrew Greene

**From:** Linda Carwile [lcarwile@KARBALLAW.com]
**Sent:** Thursday, May 29, 2008 2:38 PM
**To:** Andrew Greene
**Subject:** RE: Village of Schaumburg v. St. Paul: Liptak Dep

Andy,

John Liptak just advised that he will take you up on your offer of round-trip flight and one night's lodging if his deposition can be the week of July 7 (Tuesday -Friday). He is a small office producer now and he just realized his partner will be on vacation during the prior dates offered. Also, the end of June is a very busy time for him. As long as his deposition is agreed to by the parties, I believe this should not be a problem. Please advise if you are willing to agree to a date the week of July 7.

Regarding calling Mr. Liptak at trial, we have not determined which witnesses we will call at trial. We have also not determined what deposition testimony we will use in summary judgment. We reserve all of our rights in this regard.

Sue Steel resides in Texas, not Chicago. If you want to depose her as a witness, we will need to go there. If you notice a 30(b)(6) on a matter that she would be most qualified to testify and we produce Sue as a company rep, then we will produce her here in Chicago. Please advise what you are inclined to do.

We also are trying to work with you. However, we cannot make decisions for non-party witnesses.

Best Regards,

Linda

---

**From:** Andrew Greene [mailto:agreene@johnstongreene.com]
**Sent:** Thursday, May 29, 2008 1:50 PM
**To:** Linda Carwile
**Cc:** Rory Dunne; Andrew Greene; Gabriela Nicolau
**Subject:** RE: Village of Schaumburg v. St. Paul: Liptak Dep

Linda,

Thanks for your quick response. It was my understanding that you would be calling Mr. Liptak as a witness at trial, and/or submitting an affidavit from him in summary judgment proceedings. If that's not the case, please let me know. Otherwise, I think we just disagree and will have to leave it to the Court's discretion.

Can you also let me know about Sue Steele – when she is available and if you will voluntarily produce her in Chicago? Thanks.

For scheduling purposes, we are not available the 19th. We could depose Mr. Liptak in Chicago on the 18th if the Court so orders, or in Cleveland on the 17th the Court rules in your favor.

I look forward to your response on the other issues. We are eager to try to work with you to resolve any of the pending discovery by agreement, and failing that, to resolving them with the Court in an amicable and professional manner.

Thanks again,

Andy



1