## Andrew Greene

| | |
|---|---|
| **From:** | Andrew Greene |
| **Sent:** | Thursday, June 12, 2008 9:00 PM |
| **To:** | lcarwile@karballaw.com |
| **Cc:** | rdunne@KARBALLAW.com; Andrew Greene; Gabriela Nicolau |
| **Subject:** | Re: The Village of Schaumburg v. St. Paul Mercury Ins. Co.:  Identification of Additional Witness |

Yes, we will issue a 30(b)(6), but I wanted to give you an opportunity to propose dates first.

I'm still not sure about Vanessa. It may depend upon what your 30(b)(6) witnesses have to say. But I'd like to try to get an agreed date and location just in case.

Thanks,

Andy

---

**From:** Linda Carwile
**To:** Andrew Greene
**Cc:** Rory Dunne
**Sent:** Thu Jun 12 17:57:40 2008
**Subject:** RE: The Village of Schaumburg v. St. Paul Mercury Ins. Co.: Identification of Additional Witness
I'll talk to Rory about Sue in the morning and get back to you.  Were you going to issue a 30b6?  With Sherri Jahnke--we may now have more than one person on the underwriting issues--depending on your topics.

Regarding Vanessa, you were considering whether you wanted to depose her if we stipulated not to call her.  Have you decided you still want her?  If so, we will see if she will agree to come here and when?

---

**From:** Andrew Greene [mailto:agreene@johnstongreene.com]
**Sent:** Thursday, June 12, 2008 7:47 PM
**To:** Linda Carwile
**Cc:** Rory Dunne; Andrew Greene; Gabriela Nicolau
**Subject:** RE: The Village of Schaumburg v. St. Paul Mercury Ins. Co.: Identification of Additional Witness

Thanks Linda.

For obvious reasons, we reserve our right to object to the late disclosure pending the Judge's ruling on our joint motion.

Also: (i) do you have some proposed dates for Sue Steele's deposition; and (ii) were you able to find out if Vanessa Yacola would agree to come to Chicago (with us paying airfare and lodging) after she is done with her current job? Please let me know.

Thanks,

Andy

---

**From:** Linda Carwile [mailto:lcarwile@KARBALLAW.com]
**Sent:** Thursday, June 12, 2008 6:56 PM
**To:** Andrew Greene
**Cc:** Rory Dunne
**Subject:** The Village of Schaumburg v. St. Paul Mercury Ins. Co.: Identification of Additional Witness



Andy,

Today, we identified an additional witness at St. Paul.  We will supplement our Rule 26 and Discovery, but I wanted to disclose this information to you as soon as possible.

Sheri Jahnke is currently the Director of Specialty Underwriting Services for Travelers.  She resides in St. Paul, MN.  She may be contacted through us.  Ms. Jahnke had involvement with respect to underwriting the Village's policy and has knowledge of underwriting guidelines.  She also has an additional underwriting file, which we have requested.  Ms. Jahnke may also have written underwriting guidelines for the medical professional policy.  We will supplement discovery as soon as possible.

Ms Jahnke is not available for deposition July 16-18.

Best Regards,

Linda

**Linda J. Carwile**
**Karbal | Cohen | Economou | Silk| Dunne | LLC**
200 South Michigan Avenue
20th Floor
Chicago, IL  60604
(DD)    312/431-3625
(Fax)    312/431-3670
(e-mail) lcarwile@karballaw.com

**CONFIDENTIALITY NOTE:**
This electronic message transmission contains information from the law firm of Karbal, Cohen, Economou, Silk & Dunne, LLC. which may be confidential or privileged.  The information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

2