IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VILLAGE OF SCHAUMBURG, an Illinois Municipal corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  No. 07-CV-6654 |
| ST. PAUL MERCURY INSURANCE CO., a Minnesota corporation, | ) ) ) ) |
| Defendant. | ) ) |

### NOTICE OF DEPOSITION TO
### ST. PAUL MERCURY INSURANCE COMPANY

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 30, Village of Schaumburg will take the deposition of the representative(s) of St. Paul Mercury Insurance Company on the matters set forth in the Rider, Section II attached hereto. The deposition will take place on **Monday, August 4, 2008 at 10 a.m.** at the offices of Johnston Greene LLC, 542 S. Dearborn, Suite 1310, Chicago, Illinois, 60605. The Deposition will be taken upon oral examination before a notary public or other officer authorized to administer oaths and will be recorded by stenographic means.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, St. Paul Mercury Insurance Company shall designate one or more officers, directors or managing agents who consent to testify on its behalf, to testify about information known or reasonably available to St. Paul Mercury Insurance Company in regard to the matters set forth in the attached Rider, Section II.



Dated: July 2, 2008

VILLAGE OF SCHAUMBURG

By: _____
One of Its Attorneys

Andrew R. Greene (ARDC # 6225072)
Phil Ackerman (ARDC # 6255543)
Gabriela Nicolau (ARDC # 6288457)
Johnston Greene LLC
542 South Dearborn
Suite 1310
Chicago, IL 60605
(312) 341-3900
Firm ID 44569

## **RIDER**

**Deponent:** St. Paul Mercury Insurance Company

### I. **Definitions**

1. As used herein, the term "communication" means any transmission of words or thoughts between or among two or more persons, whether written or oral, telephonic or in person, including notes from telephone conversations and electronic mail. Each category of documents described below shall include all communications with respect thereto, whether or not expressly stated.

2. As used herein, the term "documents" means all "writings" and "recordings" and includes "originals" and "duplicates" (including, without limitation, duplicates containing notations, insertions, corrections, marginal notes, or other variations) as those terms are defined in Federal Rule of Evidence 1001, and any drafts of same. "Documents" shall include, without limitation, all communications captured in any form of recordation whatsoever, including digital, electronic, photographic or magnetic recording of any kind.

3. As used herein, the term "Medical Professional Liability Forms" shall mean the Health Care Facility Medical Professional Liability Protection – Claims-Made Coverage Summary, form number 46168, and Health Care Facility Medical Professional Liability Protection – Claims-Made, form number 46167, utilized by St. Paul.

4. As used herein, the term "October 1, 1998 Policy" shall mean the policy issued by St. Paul to the Village, Policy Number GP03400387, titled as Health Care Facility Medical Professional Liability Protection – Claims-Made Coverage Summary, with an effective date of October 1, 1998.

5. As used herein, the term "October 1, 1999 Policy" shall mean the policy issued by St. Paul to the Village, Policy Number GP93007003, titled as Health Care Facility Medical Professional Liability Protection – Claims-Made Coverage Summary, with an effective date of October 1, 1999.

6. As used herein, the term "person" means any natural person, firm, association, organization, partnership, business, trust, corporation, limited liability company, limited liability partnership, and any public entity.

7. As used herein, the term "relate to" or "relating to" means constitute, contain, refer to, reflect upon, arise out of, evidence, or in any way logically or factually connect with the matter discussed.

8. As used herein, the term "the Village" means Plaintiff and each of its predecessors, any of its divisions, subsidiaries, affiliates, designees, successors and assigns, and each and every one of its officers, directors, employees, representatives, agents, accountants and attorneys, and any and all persons acting or purporting to act on its behalf.

9. As used herein, the terms "you," "your" and "St. Paul" means Defendant and each of its predecessors, any of its divisions, subsidiaries, affiliates, designees, successors and assigns, and each and every one of its officers, directors, employees, representatives, agents, accountants and attorneys, and any and all persons acting or purporting to act on its behalf.

II.  **Examination Matters**

1. The October 1, 1998 Policy, including but not limited to St. Paul and the Village's respective rights and obligations thereunder.

2. The October 1, 1999 Policy, including but not limited to St. Paul and the Village's respective rights and obligations thereunder.

3. St. Paul's general underwriting policies, procedures, and practices.

4. St. Paul's underwriting process with respect to the October 1, 1998 Policy and the October 1, 1999 Policy.

5. The Medical Professional Liability Forms, including applicable underwriting guidelines.

6. All matters for which Sue Steele was identified as likely to have discoverable information in St. Paul Fire Mercury Insurance Company's Rule 26(a)(1) Disclosures.

7. Sue Steele's personal knowledge of the matters for which she was identified as a person likely to have discoverable information in St. Paul Fire Mercury Insurance Company's Rule 26(a)(1) Disclosures.

8. All matters for which Sheri Jahnke was identified as a witness in Linda Carwile's email to Andrew Greene dated June 12, 2008.

9. Sheri Jahnke's personal knowledge of the matters for which she was identified as a witness in Linda Carwile's email to Andrew Greene dated June 12, 2008.

10. All documents produced by St. Paul in this matter.

11. The "additional underwriting file" referenced in Linda Carwile's email communication dated June 12, 2008.

## CERTIFICATE OF SERVICE

The undersigned declares under penalties of perjury under the laws of the United States of America that a true and correct copy of the foregoing The Village of Schaumburg's NOTICE OF DEPOSITION TO ST. PAUL MERCURY INSURANCE COMPANY will be served on:

Roderick T. Dunne
Linda J. Carwile
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
200 South Michigan, 20th Floor
Chicago, Illinois 60604
*lcarwile@karballaw.com*
*rdunne@karballaw.com*

*Attorneys for Defendant*

via e-mail and first class U.S. mail on July 2, 2008.

*[signature]*
Carrie Tustison