**Andrew Greene**

| | |
|---|---|
| **From:** | Rory Dunne [rdunne@KARBALLAW.com] |
| **Sent:** | Wednesday, July 16, 2008 7:09 AM |
| **To:** | Andrew Greene |
| **Cc:** | LCARWILE1@aol.com |
| **Subject:** | Schaumburg v. St. Paul--St. Paul 30b6 Dep |

Andy

I think I/we can work with Waris, Owens counsel, to come up with agreeable dates to all. I will reach out to him.

As to the 4th, that is news to me --but only perhaps because I missed some e-mails. I note that Sue is not being offered as a 30 b 6--Sheri is. Thus, it is our position that if you truly want Sue (I suggest you make your decision after listening to Sheri), you a) need to go to San Antonio; b) make arrangements along the lines of Liptak and Yacola or c) take her dep by phone.

Finally, given your trial schedule and fact that we are trying to do all the deps in two weeks, which is somewhat crazy, I am inclined to suggest that we reach a gentlemen's agreement that if need be, the deps can stretch into the last two weeks of August--I do not show that dispositive motions need be filed until September 26?

Regards
Rory

---

**From:** Andrew Greene [mailto:agreene@johnstongreene.com]
**Sent:** Wednesday, July 16, 2008 6:57 AM
**To:** Rory Dunne; Linda Carwile
**Cc:** Gabriela Nicolau; Andrew Greene
**Subject:** Re: Schaumburg v. St. Paul--St. Paul 30b6 Dep

Thanks Rory. The only problem is that the 5th is when we subpoena's Bill Owens for his dep. Owens' attorney has not been responsive to requests for agreed dates, so unless we can get an agreement to move Owens dep, we can release the 5th.

I had asked several times for dates that were good for Sheri Jahnke and Sue Steele, but ultimately Linda told me to just go ahead and issue the notices.

If you can get Rick Waris to agree to move Bill Owens dep, that's fine with me. I think the 8th is open.

Also, I'm assuming that Sue Steele is good for the 4th?

Thanks,

Andy

---

**From:** Rory Dunne
**To:** Andrew Greene; Linda Carwile
**Cc:** Gabriela Nicolau
**Sent:** Wed Jul 16 04:49:18 2008
**Subject:** Schaumburg v. St. Paul--St. Paul 30b6 Dep
Andy

1

