# Andrew Greene

| | |
|---|---|
| **From:** | Andrew Greene |
| **Sent:** | Thursday, July 17, 2008 8:36 AM |
| **To:** | Rory Dunne |
| **Cc:** | Andrew Greene; Gabriela Nicolau; Linda Carwile |
| **Attachments:** | RE: The Village of Schaumburg v. St. Paul Mercury Ins. Co.: Identification of Additional Witness; RE: Village of Schaumburg v. St. Paul: Liptak Dep; Notice of Deposition to St. Paul Ins Co 7-2-08.pdf |

Rory,

Here are two of the e-mails that I could quickly find. There are also conversations between Linda and myself to which I can attest. St. Paul took the position that Sue Steele would not be produced here, unless she were the person most knowledgeable about a 30(b)(6) subject. Linda also said that Sue Steele would most likely be St. Paul's 30(b)(6) witness. I told Linda that I didn't understand why it would make a difference whether Sue Steele was noticed as an individual, vs. being the representative witness through a 30(b)(6).

In any case, I offered to issue a 30(b)(6) on the underwriting subjects if St. Paul would produce Sue Steele as its representative. I understood Linda to have agreed. We then filed a joint motion representing to the Court that we had resolved our discovery issues. Subsequently, I asked Linda several times for dates on which "Sue Steele" was available. Ultimately, Linda asked me to just go ahead and pick a date myself. I was never told that Sue Steele would not be at least one of the representatives.

Finally, please note examination topics 6 and 7 in the notice. Again, if Sue Steele will not be used as a witness either in person or via affidavit, we can reconsider.

Thanks Rory. I'd really like to know your position so that we can figure out if we need to have the Court resolve.

Thanks,

Andy

Andrew R. Greene
JOHNSTON|GREENE|LLC
542 South Dearborn
Suite 1310
Chicago, Illinois 60605
(312) 341-3900
Facsimile: (312) 341-0700
Direct: 312-341-1410
agreene@johnstongreene.com
http://www.johnstongreene.com



1