# Andrew Greene

**From:** Linda Carwile [lcarwile@KARBALLAW.com]
**Sent:** Monday, July 21, 2008 7:46 AM
**To:** Andrew Greene
**Cc:** Rory Dunne
**Subject:** RE: Schaumburg v. St. Paul Depositions

Possibly, Barb Piller of the Owens Group during the week of August 11.

Regarding August 6, that is open assuming Wright is rescheduled for the next week. I can depose Plazak in the a.m.

Regarding Bryant, I will forego her deposition if you want to enter a stipulation that you will not call her for trial, otherwise use her testimony, either live or in affidavit, in any way. Let me know.

Regarding Sue Steele, we reserve the right to call her as a witness. However, since Jahke has a more broad underwriting knowledge than Steele, we are producing Jahnke as our 30(b)(6) designee on underwriting. As Rory stated earlier, if you want Steele, you will need to notice her separately, as you did John Liptak. However, Ms. Steele has not agreed to come to Chicago. She resides in San Antonio, Texas. Regarding your reference to your so called "agreement" with me that Steele would be our underwriting designee, Steele was our choice for underwriting designee at the time; however, when we learned of Jahnke, we immediately disclosed her and her file. To be clear, our corporate designee for claims is Eric Brown, whom you have already deposed. Our corporate designee on underwriting is now Sherri Jahnke, and we will produce her in Chicago.

Rory will be out of town for the week and he will not be accessible by phone or e-mail. I have to report for jury duty today, hopefully the trial will not be long if I am selected. I will be checking e-mail in the morning and evening only.

---

**From:** Andrew Greene [mailto:agreene@johnstongreene.com]
**Sent:** Sunday, July 20, 2008 2:35 PM
**To:** Linda Carwile
**Cc:** Rory Dunne; Gabriela Nicolau; Andrew Greene
**Subject:** RE: Schaumburg v. St. Paul Depositions

Linda and Rory,

1. I looked back at my notes, and neither duRee Bryant or Sandy are available on the other day. So we'll have to stick with the 30th and 31st. Again, I can tell you that duRee Bryant has no information about the certificate of liability insurance.
2. Please let me know as soon as possible if Sue Steele is someone whom you might use as a witness, and if so, if you are going to produce her in Chicago as one of the 30(b)(6) witnesses. If you aren't, then we need to get a motion on file.
3. Based upon Rory's discussion with Richard Waris, we will re-issue the notices for the Owens Group for the week of August 11th. I think that would leave August 6th open. Am I correct? If so, I will check with Carey Plazak
4. Other than the foregoing deps, and Kristen Long on August 1st, Sheri Jahnke on August 5th, and Vanessa Yacola on August 7th, are there any other depositions scheduled as of now?

Thanks,

Andy

---

**From:** Andrew Greene
**Sent:** Tuesday, July 15, 2008 9:23 PM
**To:** Linda Carwile



1