IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE VILLAGE OF SCHAUMBURG, an Illinois Municipal corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 07-cv-6654 |
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation, | ) ) ) ) | Judge Marvin E. Aspen |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on July 24, 2008 at 10:30 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Marvin E. Aspen, or any Judge sitting in his place or stead, in Room 2568 of the Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present The Village of Schaumburg's Motion to Enforce Discovery Agreement, or Alternatively to Compel Deposition of Plaintiffs' Employee.

Dated : July 21, 2008.

        Respectfully submitted,

        **THE VILLAGE OF SCHAUMBURG**

        By: /s/ Andrew. R. Greene
        One of its Attorneys

Andrew R. Greene (ARDC #6225072)
Gabriela Nicolau (ARDC #6288457)
Johnston Greene, LLC
542 S. Dearborn Street
Suite 1310
Chicago, IL 60605
(312) 341-3900
(312) 341-0700 fax

## **CERTIFICATE OF SERVICE**

      I, Andrew R. Greene, an attorney of record in this matter, hereby state that on July 21, 2008, I electronically filed the foregoing Notice of Motion, using CM/ECF SYSTEM which will send notification to all attorneys of record before the hour of 5:00 p.m. on this the 21st day of July, 2008.

                                          By: /s/ Andrew. R. Greene

Andrew R. Greene (ARDC #6225072)
Gabriela Nicolau (ARDC #6288457)
Johnston Greene, LLC
542 S. Dearborn Street
Suite 1310
Chicago, IL 60605
(312) 341-3900
(312) 341-0700 fax