**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

The Village of Schaumburg
                          Plaintiff,

v.                                             Case No.: 1:07−cv−06654
                                             Honorable Marvin E. Aspen

St. Paul Mercury Insurance Company
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

     MINUTE entry before the Honorable Marvin E. Aspen dated 82208:The Village of Schaumburg's motion to enforce discovery agreement, or, alternatively to compel deposition of plaintiff's employee (30) is referred to Magistrate Judge Mason. The motion hearing set for 7/24/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.