UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

The Village of Schaumburg

          Plaintiff,

v.                                       Case No.: 1:07–cv–06654
                                       Honorable Marvin E. Aspen

St. Paul Mercury Insurance Company

          Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Michael T. Mason for the purpose of holding proceedings related to: discovery motion – The Village of Schaumburg's motion to enforce, [30] discovery agreement, or, alternatively to compel deposition of plaintiff's employee.(gl, )Judicial staff mailed notice.

Dated: July 22, 2008

                                                                /s/ Marvin E. Aspen

                                                              United States District Judge