**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division**

The Village of Schaumburg

             Plaintiff,

v.                    Case No.: 1:07−cv−06654
                    Honorable Marvin E. Aspen

St. Paul Mercury Insurance Company

             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

  MINUTE entry before the Honorable Michael T. Mason: Defendant's response to the Village of Schaumburg's motion to enforce discovery agreement, or alternatively to compel deposition of [defendant's] employee [30] to be filed by 7/30/08. Defendants are ordered to contact Judge Mason's chambers (312−435−5610) by 7/29/08 if they do not intend to file a response. No reply is necessary. The Court will rule by written order. The notice of motion date set for 7/29/08 is stricken.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.