# EXHIBIT A

## Linda Carwile

| | |
|---|---|
| **From:** | Andrew Greene [agreene@johnstongreene.com] |
| **Sent:** | Thursday, May 29, 2008 2:58 PM |
| **To:** | Linda Carwile |
| **Cc:** | Andrew Greene; Gabriela Nicolau |
| **Subject:** | RE: Village of Schaumburg v. St. Paul: Liptak Dep |

Thanks Linda. That's great.

We will agree to take the deposition the week of July 7th. I have a trial beginning the following week, so it would need to be earlier in the week. Please let me know if July 7th or July 8th works. Once we agree on dates, we can either make travel arrangements for Mr. Liptak, or he can make them himself (provided that the airfare and room rates are reasonable....we don't want to pay for a suite at the Four Seasons ☺)

On Sue Steele, am I correct that she is still a St. Paul employee? If so, while it's still a matter of discretion for the Court, I believe our position is very strong for having the deposition here  However, our ultimate position on this will depend on how the issues on the written discovery are resolved. Whether and to what extent we depose Sue Steele will depend upon whether you supplement your interrogatory responses

Thanks,

Andy

---

**From:** Linda Carwile [mailto:lcarwile@KARBALLAW.com]
**Sent:** Thursday, May 29, 2008 2:38 PM
**To:** Andrew Greene
**Subject:** RE: Village of Schaumburg v. St. Paul: Liptak Dep

Andy,

John Liptak just advised that he will take you up on your offer of round-trip flight and one night's lodging if his deposition can be the week of July 7 (Tuesday -Friday). He is a small office producer now and he just realized his partner will be on vacation during the prior dates offered. Also, the end of June is a very busy time for him. As long as his deposition is agreed to by the parties, I believe this should not be a problem. Please advise if you are willing to agree to a date the week of July 7.

Regarding calling Mr. Liptak at trial, we have not determined which witnesses we will call at trial. We have also not determined what deposition testimony we will use in summary judgment. We reserve all of our rights in this regard.

Sue Steel resides in Texas, not Chicago. If you want to depose her as a witness, we will need to go there. If you notice a 30(b)(6) on a matter that she would be most qualified to testify and we produce Sue as a company rep, then we will produce her here in Chicago. Please advise what you are inclined to do.

We also are trying to work with you. However, we cannot make decisions for non-party witnesses.

Best Regards,

Linda

7/29/2008

**From:** Andrew Greene [mailto:agreene@johnstongreene.com]
**Sent:** Thursday, May 29, 2008 1:50 PM
**To:** Linda Carwile
**Cc:** Rory Dunne; Andrew Greene; Gabriela Nicolau
**Subject:** RE: Village of Schaumburg v. St. Paul: Liptak Dep

Linda,

Thanks for your quick response. It was my understanding that you would be calling Mr. Liptak as a witness at trial, and/or submitting an affidavit from him in summary judgment proceedings. If that's not the case, please let me know. Otherwise, I think we just disagree and will have to leave it to the Court's discretion.

Can you also let me know about Sue Steele – when she is available and if you will voluntarily produce her in Chicago? Thanks.

For scheduling purposes, we are not available the 19th. We could depose Mr. Liptak in Chicago on the 18th if the Court so orders, or in Cleveland on the 17th the Court rules in your favor.

I look forward to your response on the other issues. We are eager to try to work with you to resolve any of the pending discovery by agreement, and failing that, to resolving them with the Court in an amicable and professional manner.

Thanks again,

Andy

---

**From:** Linda Carwile [mailto:lcarwile@KARBALLAW.com]
**Sent:** Thursday, May 29, 2008 1:36 PM
**To:** Andrew Greene
**Cc:** Rory Dunne
**Subject:** RE: Village of Schaumburg v. St. Paul: Liptak Dep

I disagree with your entire rationale for non party witnesses. We offered to accept notice of Liptak's deposition so that you wouldn't have to go to the expense of subpoenaing him outside of Illinois. Liptak is more than 100 miles from the court. We don't control him because he has not worked for St. Paul in several years. Is it your theory that we control every witness that we may refer to in summary judgment or trial? Nevertheless, I will see if Mr. Liptak wants to take you up on your offer to pay for his airfare and lodging. Otherwise, we will all be going to Ohio. You can waste the court's time with your motion to compel if you like. I'll let you know by the end of the day on whether he accepts your offer.

We have not yet been in contact with Ms. Yacola--but the same goes for her. It is her choice.

We will be getting a written response out shortly re: our meet and confer.

---

**From:** Andrew Greene [mailto:agreene@johnstongreene.com]
**Sent:** Thursday, May 29, 2008 1:24 PM
**To:** Linda Carwile
**Cc:** Rory Dunne; Andrew Greene; Gabriela Nicolau

7/29/2008

**Subject:** RE: Village of Schaumburg v. St. Paul: Liptak Dep

Thanks Linda, but I need to re-raise an issue we discussed on the phone.

Given your representation that Liptak is someone whom you intend to use at trial (or in summary judgment proceedings), I believe that we have a strong basis for compelling his appearance here in Chicago. While it's up to the discretion of the Court, the fact that all of the lawyers are here, and that the policy was issued here, weigh heavily in favor of a Chicago deposition under the case law. And if St. Paul can control Liptak for purposes of producing him at trial, then it can produce him for a deposition.

As I said in our telephone conversation, we offer as a compromise to pay Mr. Liptak's airfare and one night's lodging to come to Chicago. We also make the same offer for Ms. Yacola, since she is a former employee as well. Is this compromise being rejected?

Please let me know at your earliest convenience. Also, please let me know if you have changed your position on any of the other issues we discussed on the conference call (including the other depositions). Given the June 23rd discovery cut-off, we're probably going to need to file our motion to compel by beginning of next week to get this heard on time.

Please let me know.

Thanks,

Andy

Andrew R. Greene
JOHNSTON GREENE LLC
542 South Dearborn
Suite 1310
Chicago, Illinois 60605
(312) 341-3900
Facsimile: (312) 341-0700
Direct: 312-341-1410
agreene@johnstongreene.com
http://www.johnstongreene.com

---

**From:** Linda Carwile [mailto:lcarwile@KARBALLAW.com]
**Sent:** Thursday, May 29, 2008 1:11 PM
**To:** Andrew Greene
**Cc:** Rory Dunne
**Subject:** Village of Schaumburg v. St. Paul: Liptak Dep

He is available in Cleveland June 18 and 19 at 1:00 p.m.. He also available on June 17 at the same time but that's when I have scheduled Masse--which I could probably move if necessary. Please advise if any of these dates work for you.

**Linda J. Carwile**
**Karbal | Cohen | Economou | Silk | Dunne | LLC**
200 South Michigan Avenue
20th Floor
Chicago, IL  60604


7/29/2008

(DD)    312/431-3625
(Fax)   312/431-3670
(e-mail) lcarwile@karballaw.com

**CONFIDENTIALITY NOTE:**
This electronic message transmission contains information from the law firm of Karbal, Cohen, Economou, Silk & Dunne, LLC. which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.