# EXHIBIT E

# Linda Carwile

| | |
|---|---|
| **From:** | Linda Carwile |
| **Sent:** | Wednesday, July 23, 2008 4:05 PM |
| **To:** | 'Andrew Greene' |
| **Cc:** | Rory Dunne |
| **Subject:** | Village of Schaumburg v. St. Paul:  Deposition of Sue Steele |

Andy,

Please be advised that Ms. Steele is available for her deposition on August 4 at 1:00 p.m. in San Antonio, either in person or by phone.

Best Regards,

**Linda J. Carwile**
**Karbal | Cohen | Economou | Silk| Dunne | LLC**
200 South Michigan Avenue
20th Floor
Chicago, IL  60604
(DD)    312/431-3625
(Fax)    312/431-3670
(e-mail) lcarwile@karballaw.com

**CONFIDENTIALITY NOTE:**
This electronic message transmission contains information from the law firm of Karbal, Cohen, Economou, Silk & Dunne, LLC. which may be confidential or privileged.  The information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.