# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin E. Aspen | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6654 | **DATE** | 7/31/2008 |
| **CASE TITLE** | Village of Schaumburg vs. St. Paul Mercury Insurance Company | | |

**DOCKET ENTRY TEXT**

Plaintiff the Village of Schaumburg's motion to enforce discovery agreement, or alternatively to compel deposition of plaintiff's employee [30] is denied. For further details see text below.

■[ For further details see text below.]

Notices mailed by Judicial staff.

---

## STATEMENT

The notice of deposition at issue is a Federal Rule of Civil Procedure 30(b)(6) notice issued by the Village of Schaumburg to St. Paul Mercury Insurance Company ("St. Paul"). In its notice, the Village of Schaumburg names two St. Paul employees in the rider under "examination matters." Ex. F to Motion. Under Rule 30(b)(6), the Village of Schaumburg cannot chose who St. Paul should designate as its corporation's witness. Rule 30(b)(6) states that "the named organization must then designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on its behalf; and it may set out the matters on which each person designated will testify." FRCP 30(b)(6). Therefore, paragraphs 6-9 of the rider to the Rule 30(b)(6) notice under "examination matters" are stricken. In addition, the Village of Schaumburg's motion to compel the deposition of Sue Steele is denied. The Village of Schaumburg cannot designate Sue Steele as St. Pauls' Rule 30(b)(6) witness.

Moreover, St. Paul has already designated Sheri Jahnke as its corporate designee on all underwriting matters. St. Paul considers Ms. Jahnke more knowledgeable on underwriting than Ms. Steele given Ms. Jahnke's position as Director of Specialty Underwriting. Response Brief, p. 5. St. Paul has informed the Village of Schaumburg that it will produce Ms. Jahnke for the Rule 30(b)(6) deposition on August 5, 2008 in Chicago. This Court orders Ms. Jahnke's deposition to take place on August 5, 2008 in Chicago.

St. Pauls' request for a protective order is denied. If the Village of Schaumburg decides to take the deposition of Sue Steele in the future, the Court reminds the parties that they must comply with all relevant Federal Rules of Civil Procedure including Rules 30 and 45.

## STATEMENT

This Court cautions the parties regarding its methods of confirming agreements with its opposing counsel.  Both sides attached e-mails to the briefs to prove the conditions agreed to regarding depositions.  Both sides claim in the briefing that these e-mails are "clear."  The e-mails are not clear.  In fact, this Court found the e-mails to be of little assistance.  The e-mail correspondence was rife with grammatical errors and quite confusing due to the fact that the drafters used excessive pronouns and incomplete sentences.  If the parties intend to utilize e-mail correspondence to persuade this Court in the future, the e-mails should be better written.