IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE VILLAGE OF SCHAUMBURG, an Illinois Municipal corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 07-cv-6654 ) |
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation, | ) Hon. Judge Marvin E. Aspen ) ) |
| Defendant. | ) |

## ST. PAUL MERCURY INSURANCE COMPANY'S MOTION TO TAKE DEPOSITION OF PLAINTIFF'S 30(b)(6) WITNESS AFTER DISCOVERY CUTOFF

Defendant St. Paul Mercury Insurance Company ("St. Paul"), by its attorneys, KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC, hereby submit its Motion To Take Deposition Of Plaintiff's 30(b)(6) Witness After Discovery Cutoff, and respectfully states as follows:

1.  Defendant, St. Paul, noticed a 30(b)(6) deposition to the Village on May 9, 2008, a true and accurate copy of which is attached hereto at Exhibit A.

2.  The Village responded that Carey Plazak would be its designee with respect to certain topics in St. Paul's 30(b)(6) notice.

3.  Although the parties have attempted to schedule Mr. Plazak's deposition on several prior occasions without success due to scheduling conflicts, Plaintiff's counsel states that Mr. Plazak is not available for deposition until August 19, 2008, a few days after the discovery cutoff. Counsel for the Village has agreed to produce Mr. Plazak on this date. Accordingly, ST. Paul requests leave of court to take Mr. Plazak's deposition on this date.

KCESD_348537_2.DOC

4. St. Paul also requests leave to depose other persons either: (1) identified by Mr. Plazak during his deposition as having knowledge regarding matters related to the Village's claim; or (2) who are responsive to St. Paul's 30(b)(6) notice on topics for which Mr. Plazak was designated but does not, in fact, have knowledge.

5. Despite the parties' diligent efforts, we unable to schedule this deposition within the present discovery cutoff date of August 15, 2008. We also note Plaintiff's counsel represented he was on trial for a two-week period and was unavailable for depositions during that time.

6. With the exception of depositions related to St. Paul's 30(b)(6) notice to the Village, St. Paul will complete its depositions by August 15, 2008. Depositions of other non-party witnesses are scheduled to take place the week of August 11, 2008.

7. St. Paul does not seek to alter the Court's deadline for the submission of summary judgment briefs currently scheduled for September 26, 2008.

8. St. Paul has discussed this matter with Plaintiff's counsel and counsel has reiterated that Mr. Plazak is not available until August 19, 2008.

WHEREFORE, Defendant, St. Paul Mercury Insurance Company, respectfully requests the following relief:

a) St. Paul be granted leave to take the deposition of Plaintiff's (30)(b)(6) designee on August 19, 2008; and

b) To the extent necessary, St. Paul be granted leave to take the depositions of witnesses identified by Plaintiff's 30(b)(6) designee as well as depositions with respect to 30(b)(6) topics for which Plaintiff's designee was designated but lacks knowledge.

3

Date:   August 8, 2008

             Respectfully submitted,

             ST. PAUL MERCURY INSURANCE COMPANY

             By: s:/Linda J. Carwile
                One of Its Attorneys

Rory T. Dunne
Linda J. Carwile
**KARBAL, COHEN, ECONOMOU,**
**SILK & DUNNE, LLC**
200 South Michigan Avenue, 20th Floor
Chicago, IL 60604
Tel: (312) 431-3700
Fax: (312) 431-3670
Firm ID No. 38100

KCESD_348537_2.DOC       3