# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE VILLAGE OF SCHAUMBURG, an Illinois Municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>Defendant. | Case No. 07-cv-6654 |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure ("Rule") 30(b)(6), Defendant, ST. PAUL MERCURY INSURANCE COMPANY, will take the deposition(s) by stenographic means of Plaintiff, THE VILLAGE OF SCHAUMBURG, before a Notary Public or other person authorized to administer oaths. The deposition(s) will take place on June 12, 2008 at 10:00 a.m. at the offices of Karbal, Cohen, Economou, Silk & Dunne, LLC, 200 South Michigan Avenue, 20th Floor, Chicago, IL 60604.

In accordance with Rule 30(b)(6), Plaintiff is requested to produce a witness or witnesses knowledgeable on all of the examination matters listed below. Such person(s) shall be required to testify to matters known or reasonably available to the Plaintiff. Such person(s) shall bring to the deposition(s) all documents which such person(s) contend(s) support his(her)(their) testimony.

## DEFINITIONS

1. The terms "Plaintiff," "the Village," "You" and "Your" mean The Village of Schaumburg and all of its elected and appointed officials, directors, officers, board members, affiliates, agents, divisions, employees, and representatives.

2. The terms "Defendant" and "St. Paul" refer to St. Paul Mercury Insurance Company and its affiliates, agents, subsidiaries, divisions, predecessors, corporate parents, directors, officers, employees, and representatives.

3. "The Owens Group" means The Owens Group and anyone acting on its behalf.

1. "N.P. Masse" shall refer to N.P. Masse & Associates and any person acting on its behalf.

2. "St. Paul Policies" refers to Policy No. GP03400387 with a policy period of October 1, 1998 – October 1, 1999 and Policy No. GP09300703 with a policy period of October 1, 1999 – October 1, 2000, both of which were issued to the Village.

3. "Underlying Lawsuit" means the suit styled *Michael Slee, Independent Administrator of the Estate of Tiffany Slee, Deceased, and Julie Slee and Michael Slee, Individually v. Suburban Medical Center At Hoffman Estates, Inc., et al.*, Case No. 07 C 6654, filed in the Circuit Court of Cook County.

4. "This Lawsuit" means the above-captioned declaratory judgment action filed by the Village of Schaumburg.

## EXAMINATION MATTERS

1. The Village's insurance procurement efforts from January 1, 1996 to December 31, 2000.

2. The Village's applications for insurance, including, but not limited to, renewal applications, during the years January 1, 1996 to December 31, 2000.

3. The Village's policies, procedures and guidelines with respect to insurance procurement from January 1, 1998 to December 31, 2000.

4. All liability, professional liability and medical liability insurance policies and certificates of insurance issued to You in effect from January 1, 1994 through September 30, 1998.

5. The Village's procurement of the St. Paul Policies, including, but not limited to, applications completed by or for the benefit of the Village and documents provided in accordance with such applications.

6. The Village's relationship with The Owens Group, including, but not limited to, all communications with The Owens Group with respect to the procurement of the St. Paul Policies.

7. The Village's relationship with N.P. Masse, including, but not limited to, all communications with N.P. Masse with respect to the procurement of the St. Paul Policies.

8. Prior policies of insurance where the Village contends that coverage was provided for its social workers.

9. The Underlying Lawsuit and the Village's requests for coverage for the Underlying Lawsuit.

10. All communications with Eric Brown of St. Paul with respect to the Underlying Lawsuit and the defense of the Underlying Lawsuit.

11. The Village's guidelines, policies and procedures in effect from January 1, 2000 to December 31, 2007 for the retention and payment of outside counsel for the defense of tort suits filed against the Village.

12. The decision to retain all defense counsel retained for the defense of the Village in the Underlying Lawsuit.

13. All defense fees and costs paid by the Village's defense counsel in the Underlying Lawsuit.

14. All defense fees and costs paid by St. Paul on behalf of the Village in the Underlying Lawsuit.

15. Any and all documents provided by the Village in response to discovery requests in this Lawsuit.

16. Any agreements related to defense fees between the Village and St. Paul.

17. The Village's document retention and destruction procedures.

Dated: May 9, 2008

                                                ST. PAUL MERCURY INSURANCE COMPANY

                                                By: /s/ Linda Carwile
                                                         One of Its Attorneys

Rory T. Dunne, Esq.
Linda J. Carwile, Esq.
**KARBAL, COHEN, ECONOMOU,
SILK & DUNNE, LLC**
200 South Michigan Avenue, 20th Floor
Chicago, Illinois 60604
Tel: (312) 431-3700
Fax: (312) 431-3670
Firm ID No. 38100

## **CERTIFICATE OF SERVICE**

I, Linda J. Carwile, an attorney of record in this matter, hereby certify that a copy of the above and foregoing Notice of Deposition was served upon:

>Andrew R. Greene
>Johnston Green LLC
>542 South Dearborn Street
>Suite 1310
>Chicago, IL 60605

by enclosing same in a properly addressed envelope, with postage prepaid, and depositing said envelope in the United States Mail Box located at 200 South Michigan Avenue, Chicago, Illinois before 5:00 p.m. on May 9, 2008.

                                                                                                                   */s/ Linda J. Carwile*
                                                                                                                     Linda J. Carwile