**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THE VILLAGE OF SCHAUMBURG, an<br>Illinois Municipal corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  07-cv-6654 |
| | ) | |
| ST. PAUL MERCURY INSURANCE<br>COMPANY, a Minnesota corporation, | ) | Hon. Judge Marvin E. Aspen |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF MOTION</u>**

TO:    Andrew R. Greene
       Gabriela Nicolau
       **JOHNSTON GREENE, LLC**
       542 South Dearborn Street, Suite 1310
       Chicago, IL 60605

PLEASE TAKE NOTICE that on August 14, 2008 at 10:30 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Marvin E. Aspen, or any Judge sitting in his place or stead, in Room 2568 of the Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present St. Paul Mercury Insurance Company's Motion to Take Deposition of Plaintiff's 30(b)(6) Witness After Discovery Cutoff, which was filed electronically on August 8, 2008.

Dated at Chicago, Illinois, this 8th day of August, 2008.

**ST. PAUL MERCURY INSURANCE
COMPANY**

By:___s:/Linda J. Carwile_____
        One of Its Attorneys

Rory T. Dunne
Linda J. Carwile
**KARBAL, COHEN, ECONOMOU,
SILK & DUNNE, LLC**
200 South Michigan Avenue, 20th Floor
Chicago, Illinois 60604
(312) 431-3700
Fax: (312) 431-3670
Firm ID No. 38100

KCESD_348585_1.DOC

## CERTIFICATE OF SERVICE

I, Linda J. Carwile, an attorney of record in this matter, hereby state that on August 8, 2008, I electronically filed the foregoing Notice of Motion and St. Paul Mercury Insurance Company's Motion to Take Deposition of Plaintiff's 30(b)(6) Witness After Discovery Cutoff using the CM/ECF SYSTEM, which will send notification to all attorneys of record before the hour of 5:00 p.m. on this the 8th day of August, 2008.


            s/Linda J. Carwile
            Linda J. Carwile