**Andrew Greene**

| | |
|---|---|
| **From:** | Andrew Greene |
| **Sent:** | Tuesday, June 03, 2008 11:13 AM |
| **To:** | Linda Carwile |
| **Cc:** | Rory Dunne; Gabriela Nicolau; Andrew Greene |
| **Subject:** | RE: Village of Schaumburg v. St. Paul: Various Issues |

Hi Linda,

Let me cover a few issues:

1.  On your 30(b)(6) notice, Carey Plazak will be our witness for matters 1-8.  We will produce him on the 12th.  Rita Elsner will be our witness on matters 8-17 (there is some overlap).  Per our agreement, we will produce her on the 13th.  Please note that Carey was not personally involved in the matters listed, but has reviewed the Village's records.

2.  As you and I have discussed before, we have the pleadings from the Slee lawsuit here, and will be producing the correspondence.  Tim Carey's firms still has all of the underlying documents and deposition transcripts.  Are you going to want to review those?  If so, they'll have to pull them.  I assume they can make them available at their offices.

3.  We just received the Carey/Kocheny subpoenas.  I cannot do June 23rd, but will talk to them about some alternative dates.  Later in that week might be possible.

4.  For John Amendt, does the 24th or 25th work for his deposition?

5.  Please let me know about Sandra Sus.

6.  I am still waiting to hear back about the Owens Group depositions.

Thanks,

Andy

-----Original Message-----
From: Linda Carwile [mailto:lcarwile@KARBALLAW.com]
Sent: Monday, June 02, 2008 11:01 AM
To: Andrew Greene
Cc: Rory Dunne; Gabriela Nicolau
Subject: RE: Village of Schaumburg v. St. Paul: Sus and Amendt Deps

Andy, can you tell me who your 30(b)(6) witnesses will be?  Can probably do Sus on 6/12--depending on how many 30(b)(6) witnesses you are producing.  Also, assume we can do any overlap of fact/30(b)(6) witnesses at the same time--if you disagree please advise.

Linda

-----Original Message-----
From: Andrew Greene [mailto:agreene@johnstongreene.com]
Sent: Friday, May 30, 2008 4:26 PM
To: Andrew Greene; Linda Carwile
Cc: Rory Dunne; Gabriela Nicolau
Subject: Re: Village of Schaumburg v. St. Paul: Sus and Amendt Deps

Linda:



EXHIBIT

1

## Andrew Greene

| | |
|---|---|
| **From:** | Linda Carwile [lcarwile@KARBALLAW.com] |
| **Sent:** | Monday, June 09, 2008 5:28 PM |
| **To:** | Andrew Greene |
| **Cc:** | Rory Dunne |
| **Subject:** | The Village of Schaumburg v. St. Paul Mercury Ins. Co.:  Village 30(b)(6) |

**Importance:**     High

Andy,

I was finally able to reach Masse's attorney today.  He still has not received documents from Masse.  I stated that the documents are now two weeks overdue and we are running up against a discovery deadline.  He stated he will talk to his client again today and get back with me.  At this point, I do not believe that we will have a chance to receive and review these documents prior to the Village's deposition on Thursday.  Therefore, we can do one of two things:  (1) reschedule the deposition until we force Masse to comply with discovery; or (2) go forward with the deposition so long as you stipulate the insurance procurement witness(es) will be made available for deposition when Masse's documents are produced.

What do you want to do?

Best Regards,

Linda

**Linda J. Carwile**
**Karbal | Cohen | Economou | Silk| Dunne | LLC**
200 South Michigan Avenue
20th Floor
Chicago, IL  60604
(DD)    312/431-3625
(Fax)    312/431-3670
(e-mail) lcarwile@karballaw.com

**CONFIDENTIALITY NOTE:**
This electronic message transmission contains information from the law firm of Karbal, Cohen, Economou, Silk & Dunne, LLC. which may be confidential or privileged.  The information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.



EXHIBIT
a

1

## Andrew Greene

| | |
|---|---|
| **From:** | Andrew Greene |
| **Sent:** | Monday, July 07, 2008 7:37 PM |
| **To:** | Linda Carwile |
| **Cc:** | Rory Dunne; Gabriela Nicolau; Andrew Greene |
| **Subject:** | RE: Schaumburg v. St. Paul |

Linda:

We can produce Carey Plazak on Friday, August 1st, at 10:30 a.m.  Does that work?

Andy

---

**From:** Andrew Greene
**Sent:** Thursday, July 03, 2008 2:49 PM
**To:** Linda Carwile
**Cc:** Rory Dunne; Andrew Greene; Gabriela Nicolau
**Subject:** RE: Schaumburg v. St. Paul

Please let me know if the following dates work:

Ruth duRee Bryan, July 30, at  10:30 a.m.
Sandy Sus, July 31, at 1 pm.

I am still waiting to hear back from Carey Plazak.

---

**From:** Linda Carwile [mailto:lcarwile@KARBALLAW.com]
**Sent:** Thursday, July 03, 2008 9:45 AM
**To:** Andrew Greene
**Cc:** Rory Dunne
**Subject:** RE: Schaumburg v. St. Paul

Andy,

I will do what I can based on witness availability.  Please provide dates for Sus, Plazak and Bryant at the earliest possible.

Thanks,

Linda

---

**From:** Andrew Greene [mailto:agreene@johnstongreene.com]
**Sent:** Tuesday, July 01, 2008 2:19 PM
**To:** Linda Carwile
**Cc:** Andrew Greene; Gabriela Nicolau
**Subject:** Schaumburg v. St. Paul

**EXHIBIT**

3

ALL-STATE LEGAL®

Hi Linda,

I just got the subpoena for Krys Fedder.  Please note that I will be in trial the entire week of July 14th, possibly spilling over into the next week.  So I would appreciate it if you would notice any depositions for no earlier than the week of the 28th.

Per our discussion, we will be issue subpoenas and notices this week for the various witnesses we've discussed.  We have not heard back from The Owens Group attorney, so we will re-issue those subpoenas as well.

Thanks,

Andy

Andrew R. Greene
JOHNSTON|GREENE|LLC
542 South Dearborn
Suite 1310
Chicago, Illinois 60605
(312) 341-3900
Facsimile: (312) 341-0700
Direct: 312-341-1410
agreene@johnstongreene.com
http://www.johnstongreene.com