IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE VILLAGE OF SCHAUMBURG, an Illinois Municipal corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 07-cv-6654 |
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation, | ) ) ) ) | Hon. Judge Marvin E. Aspen |
| Defendant. | ) | |

## ST. PAUL MERCURY INSURANCE COMPANY'S MOTION TO COMPEL

Defendant St. Paul Mercury Insurance Company ("St. Paul"), by and through its attorneys, KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC, and moves this Honorable Court to Compel Plaintiff The Village of Schaumburg ("Village") to produce witnesses in response to St. Paul's Fed.R.Civ.P. ("Rule") 30(b)(6) Notice. In support of its Motion, St. Paul states:

1. This Court initially ordered that all discovery be completed in this matter on or before June 23, 2008.

2. The Court previously extended the discovery cut-off in this matter to August 15, 2008 in order to allow the parties to complete discovery.

3. St. Paul timely served on the Plaintiff a Notice of Deposition pursuant to Fed.R.Civ.P. ("Rule") 30(b)(6) on May 9, 2008.

4. The Village previously agreed to produce its Rule 30(b)(6) corporate designee on August 19, 2008, a few days after discovery cut-off in this case.

5.  Realizing that St. Paul may be prejudiced by the late production of Plaintiff's 30(b)(6) witness, St. Paul moved this Court to permit the deposition of Plaintiff's 30(b)(6) witness after discovery cut-off and to take limited additional depositions <u>in the event</u>: (1) persons are identified by Mr. Plazak during his deposition as having knowledge regarding matters related to the Village's claim; or (2) Mr. Plazak is not responsive to St. Paul's 30(b)(6) notice on insurance procurement issues. (See Exhibit A attached hereto.) St. Paul's Motion is currently pending before the Court.

6.  Upon receiving Plaintiff's response brief (Docket No. 30) and discussing same with Plaintiff's counsel, Plaintiff appears to now be refusing to produce any witnesses pursuant to St. Paul's Rule 30(b)(6) deposition notice. (See Exhibit B attached hereto.)

7.  Therefore, Plaintiff has failed to produce witnesses in response to the schedule of categories of inquiry appended to St. Paul's 30(b)(6) deposition notice.

8.  St. Paul respectfully requests that an order be entered compelling Plaintiff to produce deponents in response to the Rule 30(b)(6) Notice within seven (7) days and that the discovery cut-off be extended for the limited purpose of allowing St. Paul to compete the aforementioned discovery.

9.  If the above Order is entered, St. Paul will likely be able to comply with the summary judgment motion deadline previously established by the Court.

10. St. Paul has made a good faith effort to resolve this dispute without Court intervention.

WHEREFORE, Plaintiff, St. Paul Mercury Insurance Company respectfully requests:

a)  That the Court enter an Order compelling Plaintiff to Produce its Rule 30(b)(6) deposition witness(es) within seven (7) days for deposition;

      b)      That the Court extend the discovery cut-off for the limited purpose of allowing St. Paul to complete the discovery outlined in this Motion; and

      c)      For such other and further relief that this Honorable Court deems appropriate and just.

Date: August 11, 2008

                Respectfully submitted,

                ST. PAUL MERCURY INSURANCE COMPANY

                By:   s:/Linda J. Carwile
                      One of Its Attorneys

Rory T. Dunne
Linda J. Carwile
**KARBAL, COHEN, ECONOMOU,**
**SILK & DUNNE, LLC**
200 South Michigan Avenue, 20th Floor
Chicago, IL 60604
Tel:   (312) 431-3700
Fax:  (312) 431-3670
Firm ID No. 38100