# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

THE VILLAGE OF SCHAUMBURG, an  )
Illinois Municipal corporation,  )
                                 )
         Plaintiff,  )
                                 )
v.  )    Case No.  07-cv-6654
                                 )
ST. PAUL MERCURY INSURANCE  )    Hon. Judge Marvin E. Aspen
COMPANY, a Minnesota corporation,  )
                                 )
         Defendant.  )

## ST. PAUL MERCURY INSURANCE COMPANY'S MOTION TO TAKE DEPOSITION OF PLAINTIFF'S 30(b)(6) WITNESS AFTER DISCOVERY CUTOFF

Defendant St. Paul Mercury Insurance Company ("St. Paul"), by its attorneys, KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC, hereby submit its Motion To Take Deposition Of Plaintiff's 30(b)(6) Witness After Discovery Cutoff, and respectfully states as follows:

1.    Defendant, St. Paul, noticed a 30(b)(6) deposition to the Village on May 9, 2008, a true and accurate copy of which is attached hereto at Exhibit A.

2.    The Village responded that Carey Plazak would be its designee with respect to certain topics in St. Paul's 30(b)(6) notice.

3.    Although the parties have attempted to schedule Mr. Plazak's deposition on several prior occasions without success due to scheduling conflicts, Plaintiff's counsel states that Mr. Plazak is not available for deposition until August 19, 2008, a few days after the discovery cutoff. Counsel for the Village has agreed to produce Mr. Plazak on this date. Accordingly, ST. Paul requests leave of court to take Mr. Plazak's deposition on this date.

KCESD_348537_2.DOC

4.      St. Paul also requests leave to depose other persons either:  (1) identified by Mr. Plazak during his deposition as having knowledge regarding matters related to the Village's claim; or (2) who are responsive to St. Paul's 30(b)(6) notice on topics for which Mr. Plazak was designated but does not, in fact, have knowledge.

5.      Despite the parties' diligent efforts, we unable to schedule this deposition within the present discovery cutoff date of August 15, 2008.  We also note Plaintiff's counsel represented he was on trial for a two-week period and was unavailable for depositions during that time.

6.      With the exception of depositions related to St. Paul's 30(b)(6) notice to the Village, St. Paul will complete its depositions by August 15, 2008.  Depositions of other non-party witnesses are scheduled to take place the week of August 11, 2008.

7.      St. Paul does not seek to alter the Court's deadline for the submission of summary judgment briefs currently scheduled for September 26, 2008.

8.      St. Paul has discussed this matter with Plaintiff's counsel and counsel has reiterated that Mr. Plazak is not available until August 19, 2008.

WHEREFORE, Defendant, St. Paul Mercury Insurance Company, respectfully requests the following relief:

a)  St. Paul be granted leave to take the deposition of Plaintiff's (30)(b)(6) designee on August 19, 2008; and

b)  To the extent necessary, St. Paul be granted leave to take the depositions of witnesses identified by Plaintiff's 30(b)(6) designee as well as depositions with respect to 30(b)(6) topics for which Plaintiff's designee was designated but lacks knowledge.

KCESD_348537_2.DOC                          2

Date:   August 8, 2008

Respectfully submitted,

ST. PAUL MERCURY INSURANCE COMPANY

By:_____s:/Linda J. Carwile_____
One of Its Attorneys

Rory T. Dunne
Linda J. Carwile
**KARBAL, COHEN, ECONOMOU,
SILK & DUNNE, LLC**
200 South Michigan Avenue, 20th Floor
Chicago, IL 60604
Tel:    (312) 431-3700
Fax:    (312) 431-3670
Firm ID No. 38100

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| THE VILLAGE OF SCHAUMBURG, an<br>Illinois Municipal corporation, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  07-cv-6654 |
| | ) | |
| ST. PAUL MERCURY INSURANCE<br>COMPANY, a Minnesota corporation, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure ("Rule") 30(b)(6), Defendant, ST. PAUL MERCURY INSURANCE COMPANY, will take the deposition(s) by stenographic means of Plaintiff, THE VILLAGE OF SCHAUMBURG, before a Notary Public or other person authorized to administer oaths. The deposition(s) will take place on June 12, 2008 at 10:00 a.m. at the offices of Karbal, Cohen, Economou, Silk & Dunne, LLC, 200 South Michigan Avenue, 20th Floor, Chicago, IL 60604.

In accordance with Rule 30(b)(6), Plaintiff is requested to produce a witness or witnesses knowledgeable on all of the examination matters listed below. Such person(s) shall be required to testify to matters known or reasonably available to the Plaintiff. Such person(s) shall bring to the deposition(s) all documents which such person(s) contend(s) support his(her)(their) testimony.

.297999_1.DOC

## DEFINITIONS

1.  The terms "Plaintiff," "the Village," "You" and "Your" mean The Village of Schaumburg and all of its elected and appointed officials, directors, officers, board members, affiliates, agents, divisions, employees, and representatives.

2.  The terms "Defendant" and "St. Paul" refer to St. Paul Mercury Insurance Company and its affiliates, agents, subsidiaries, divisions, predecessors, corporate parents, directors, officers, employees, and representatives.

3.  "The Owens Group" means The Owens Group and anyone acting on its behalf.

1.  "N.P. Masse" shall refer to N.P. Masse & Associates and any person acting on its behalf.

2.  "St. Paul Policies" refers to Policy No. GP03400387 with a policy period of October 1, 1998 – October 1, 1999 and Policy No. GP09300703 with a policy period of October 1, 1999 – October 1, 2000, both of which were issued to the Village.

3.  "Underlying Lawsuit" means the suit styled *Michael Slee, Independent Administrator of the Estate of Tiffany Slee, Deceased, and Julie Slee and Michael Slee, Individually v. Suburban Medical Center At Hoffman Estates, Inc., et al.*, Case No. 07 C 6654, filed in the Circuit Court of Cook County.

4.  "This Lawsuit" means the above-captioned declaratory judgment action filed by the Village of Schaumburg.

## EXAMINATION MATTERS

1.  The Village's insurance procurement efforts from January 1, 1996 to December 31, 2000.

297999_1.DOC                                      2

2.     The Village's applications for insurance, including, but not limited to, renewal applications, during the years January 1, 1996 to December 31, 2000.

3.     The Village's policies, procedures and guidelines with respect to insurance procurement from January 1, 1998 to December 31, 2000.

4.     All liability, professional liability and medical liability insurance policies and certificates of insurance issued to You in effect from January 1, 1994 through September 30, 1998.

5.     The Village's procurement of the St. Paul Policies, including, but not limited to, applications completed by or for the benefit of the Village and documents provided in accordance with such applications.

6.     The Village's relationship with The Owens Group, including, but not limited to, all communications with The Owens Group with respect to the procurement of the St. Paul Policies.

7.     The Village's relationship with N.P. Masse, including, but not limited to, all communications with N.P. Masse with respect to the procurement of the St. Paul Policies.

8.     Prior policies of insurance where the Village contends that coverage was provided for its social workers.

9.     The Underlying Lawsuit and the Village's requests for coverage for the Underlying Lawsuit.

10.     All communications with Eric Brown of St. Paul with respect to the Underlying Lawsuit and the defense of the Underlying Lawsuit.

11.     The Village's guidelines, policies and procedures in effect from January 1, 2000 to December 31, 2007 for the retention and payment of outside counsel for the defense of tort suits filed against the Village.

12.     The decision to retain all defense counsel retained for the defense of the Village in the Underlying Lawsuit.

13.     All defense fees and costs paid by the Village's defense counsel in the Underlying Lawsuit.

14.     All defense fees and costs paid by St. Paul on behalf of the Village in the Underlying Lawsuit.

15.     Any and all documents provided by the Village in response to discovery requests in this Lawsuit.

16.     Any agreements related to defense fees between the Village and St. Paul.

17.     The Village's document retention and destruction procedures.


Dated: May 9, 2008

                                    ST. PAUL MERCURY INSURANCE
                                    COMPANY

                                    By: _____
                                          One of Its Attorneys

Rory T. Dunne, Esq.
Linda J. Carwile, Esq.
KARBAL, COHEN, ECONOMOU,
SILK & DUNNE, LLC
200 South Michigan Avenue, 20th Floor
Chicago, Illinois 60604
Tel:    (312) 431-3700
Fax:    (312) 431-3670
Firm ID No. 38100


297999_1.DOC                              4

## CERTIFICATE OF SERVICE

I, Linda J. Carwile, an attorney of record in this matter, hereby certify that a copy of the above and foregoing Notice of Deposition was served upon:

> Andrew R. Greene
> Johnston Green LLC
> 542 South Dearborn Street
> Suite 1310
> Chicago, IL 60605

by enclosing same in a properly addressed envelope, with postage prepaid, and depositing said envelope in the United States Mail Box located at 200 South Michigan Avenue, Chicago, Illinois before 5:00 p.m. on May 9, 2008.

Linda J. Carwile

Courtney Glover Bell

| | |
|---|---|
| **From:** | Linda Carwile |
| **Sent:** | Friday, August 08, 2008 2:57 PM |
| **To:** | Courtney Glover Bell |
| **Subject:** | FW: Activity in Case 1:07-cv-06654 The Village of Schaumburg v. St. Paul Mercury Insurance Company notice of motion |

**From:** usdc_ecf_ilnd@ilnd.uscourts.gov [mailto:usdc_ecf_ilnd@ilnd.uscourts.gov]
**Sent:** Friday, August 08, 2008 2:56 PM
**To:** ecfmail_ilnd@ilnd.uscourts.gov
**Subject:** Activity in Case 1:07-cv-06654 The Village of Schaumburg v. St. Paul Mercury Insurance Company notice of motion

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1

**Notice of Electronic Filing**

The following transaction was entered by Carwile, Linda on 8/8/2008 at 2:55 PM CDT and filed on 8/8/2008
**Case Name:**      The Village of Schaumburg v. St. Paul Mercury Insurance Company
**Case Number:**     1:07-cv-6654
**Filer:**        St. Paul Mercury Insurance Company
**Document Number:** 40

**Docket Text:**
**NOTICE of Motion by Linda J Carwile for presentment of motion for extension of time to complete discovery[39] before Honorable Marvin E. Aspen on 8/14/2008 at 10:30 AM. (Carwile, Linda)**

1:07-cv-6654 Notice has been electronically mailed to:

Philip F. Ackerman     packerman@johnstongreene.com, NDIL_ECF@sonnenschein.com

Linda J Carwile     lcarwile@karballaw.com

Roderick T. Dunne     rdunne@karballaw.com

Andrew Robert Greene     agreene@johnstongreene.com

8/8/2008

Gabriela Nicolau
Johnston Greene LLC
542 S. Dearborn
Suite 310
Chicago, IL 60605

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=8/8/2008] [FileNumber=5097617-0]
[2cc409c06b674e255618dbda595aad899b214a85ccad41381f9c13c2b0148e4b23f4
53070c970785a3c5f0818a65cfd052e92e2e807b4a402ddfc28a02e56e59]]

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THE VILLAGE OF SCHAUMBURG, an Illinois Municipal corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 07-cv-6654 |
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation, | ) ) ) | Hon. Judge Marvin E. Aspen |
| Defendant. | ) ) | |

## NOTICE OF MOTION

TO:   Andrew R. Greene
      Gabriela Nicolau
      **JOHNSTON GREENE, LLC**
      542 South Dearborn Street, Suite 1310
      Chicago, IL 60605

PLEASE TAKE NOTICE that on August 14, 2008 at 10:30 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Marvin E. Aspen, or any Judge sitting in his place or stead, in Room 2568 of the Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present St. Paul Mercury Insurance Company's Motion to Take Deposition of Plaintiff's 30(b)(6) Witness After Discovery Cutoff, which was filed electronically on August 8, 2008.

Dated at Chicago, Illinois, this 8th day of August, 2008.

**ST. PAUL MERCURY INSURANCE COMPANY**

By:____s:/Linda J. Carwile_____
        One of Its Attorneys

Rory T. Dunne
Linda J. Carwile
**KARBAL, COHEN, ECONOMOU,
SILK & DUNNE, LLC**
200 South Michigan Avenue, 20th Floor
Chicago, Illinois 60604
(312) 431-3700
Fax: (312) 431-3670
Firm ID No. 38100

KCESD_348585_1.DOC

## CERTIFICATE OF SERVICE

I, Linda J. Carwile, an attorney of record in this matter, hereby state that on August 8, 2008, I electronically filed the foregoing Notice of Motion and St. Paul Mercury Insurance Company's Motion to Take Deposition of Plaintiff's 30(b)(6) Witness After Discovery Cutoff using the CM/ECF SYSTEM, which will send notification to all attorneys of record before the hour of 5:00 p.m. on this the 8th day of August, 2008.


s/Linda J. Carwile
Linda J. Carwile