# EXHIBIT B

# Linda Carwile

| | |
|---|---|
| **From:** | Linda Carwile |
| **Sent:** | Monday, August 11, 2008 3:59 PM |
| **To:** | 'Andrew Greene' |
| **Cc:** | Rory Dunne |
| **Subject:** | Village of Schaumburg v. St.Paul: St. Paul's Notice of 30(b)(6) Deposition |

Andy,

I am disappointed to read your response to my motion to take the Village's 30(b)(6) deposition next week. Pursuant to your response brief and our discussion today, I understand that you are refusing to produce a corporate designee pursuant to St. Paul's subpoena. If that is the case, I will have no choice but to file a motion to compel today, something that I had not wanted to do.

We also disagree with all of the Village's objections to St. Paul's 30(b)(6) notice and we will expect testimony on all Phase I topics as noticed. If Mr. Plazak does not demonstrate sufficient knowledge on a topic, we will expect the Village to produce a witness who does.


**Linda J. Carwile**
**Karbal | Cohen | Economou | Silk| Dunne | LLC**
200 South Michigan Avenue
20th Floor
Chicago, IL  60604
(DD)    312/431-3625
(Fax)   312/431-3670
(e-mail) lcarwile@karballaw.com

**CONFIDENTIALITY NOTE:**
This electronic message transmission contains information from the law firm of Karbal, Cohen, Economou, Silk & Dunne, LLC. which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

1