**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| THE VILLAGE OF SCHAUMBURG, an Illinois Municipal corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 07-cv-6654 ) |
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation, | ) Hon. Judge Marvin E. Aspen ) ) |
| Defendant. | ) |

**NOTICE OF MOTION**

TO:   Andrew R. Greene
      Gabriela Nicolau
      **JOHNSTON GREENE, LLC**
      542 South Dearborn Street, Suite 1310
      Chicago, IL 60605

   PLEASE TAKE NOTICE that on August 14, 2008 at 10:30 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Marvin E. Aspen, or any Judge sitting in his place or stead, in Room 2568 of the Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present St. Paul Mercury Insurance Company's Motion to Compel, which was filed electronically on August 11, 2008.

   Dated at Chicago, Illinois, this 11th day of August, 2008.

                           **ST. PAUL MERCURY INSURANCE**
                           **COMPANY**

                           By:   s:/Linda J. Carwile
                                 One of Its Attorneys

Rory T. Dunne
Linda J. Carwile
**KARBAL, COHEN, ECONOMOU,**
**SILK & DUNNE, LLC**
200 South Michigan Avenue, 20th Floor
Chicago, Illinois 60604
(312) 431-3700
Fax: (312) 431-3670
Firm ID No. 38100

**CERTIFICATE OF SERVICE**

    I, Linda J. Carwile, an attorney of record in this matter, hereby state that on August 11, 2008, I electronically filed the foregoing Notice of Motion and St. Paul Mercury Insurance Company's Motion to Compel using the CM/ECF SYSTEM, which will send notification to all attorneys of record before the hour of 5:00 p.m. on this the 11th day of August, 2008.

                                                                                                                   s/Linda J. Carwile
                                                                                                                   Linda J. Carwile