# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| THE VILLAGE OF SCHAUMBURG, an Illinois Municipal corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.  07-cv-6654 |
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation, | ) ) ) | Judge Marvin E. Aspen |
| Defendant. | ) ) | |

## THE VILLAGE OF SCHAUMBURG'S RESPONSE TO ST. PAUL MERCURY INSURANCE COMPANY'S MOTION TO COMPEL

The Village of Schaumburg (the "Village"), by its undersigned attorneys, hereby responds to St. Paul Mercury Insurance Company's ("St. Paul") Motion To Compel ("Motion to Compel").  Is support of its response, the Village states as follows:

1.    The Village is ***not*** "refusing to produce any witnesses pursuant to St. Paul's Rule 30(b)(6) deposition notice."  (Motion to Compel at ¶ 6.)

2.    As set forth in The Village of Schaumburg's Response To St. Paul Mercury Insurance Company's Motion To Take Depositions After Discovery Cut-Off ("Response,"  DE # 41), the Village offered a representative witness, Mr. Carey Plazak, on at least two prior occasions, one of them being the originally noticed date of June 12, 2008.[1]  (Response at ¶¶ 8-10.)  When St. Paul postponed the deposition on the first date, and scheduled another deposition on the second date, the Village offered to produce its representative after the August 15, 2008 discovery cut-off.

---

[1] St. Paul's Motion To Compel presumably only addresses those matters listed in its Rule 30(b)(6) Notice of Deposition that relate to St. Paul's duty to defend.  The deposition of a representative witness on matters that relate to the Village's damages will be taken later, pursuant to the Court's June 18, 2008 Order bifurcating discovery (DE # 28.)

3.     When St. Paul indicated that, under Fed. R. Civ. Proc. 29(b), Court approval to take depositions after a discovery cut-off is necessary, the Village offered to jointly move for more time to take the deposition of the Village's representative witness on liability matters.

4.     St. Paul insisted, however, that it wanted not only wanted to the right to depose Mr. Plazak after the discovery cut-off; it wanted the right to depose unnamed individuals who might be referenced by Mr. Plazak, or individuals who St. Paul feels has more knowledge than Mr. Plazak.  The Village objected to such an open-ended request for the reasons set forth in its prior Response.

5.     If the Court grants leave to St. Paul to take Mr. Plazak's deposition after the August 15, 2008 discovery cut-off, and if St. Paul desires Mr. Plazak's deposition, then the Village will, of course, produce Mr. Plazak on August 19, 2008, the date previously discussed by counsel.[2]  The Village has informed St. Paul's counsel of this position.  (Ex. A.)  The Village's objection to producing Mr. Plazak was based solely on St. Paul's stated intent to use Mr. Plazak's deposition as an excuse to further prolong this phase of discovery with additional depositions.

6.     Therefore, had St. Paul requested an extension of time for the sole purpose of deposing Mr. Plazak, the Village would not have objected.

WHEREFORE, the Village of Schaumburg respectfully requests that this Court deny St. Paul's Motion to Compel to the extent that St. Paul is seeking leave to depose individuals other than Carey Plazak as the Village's designated representative witness.

---

[2] The Village will produce Mr. Plazak subject to The Village of Schaumburg's Objection To Notice of Deposition Dated May 9, 2008.  These objections were served on May 27, 2008, almost two and one-half months ago.  St. Paul has not filed a motion challenging the substance of these objections, and the Village would object to any such motion at this late date.

Date:   August 12, 2008

Respectfully submitted,

**THE VILLAGE OF SCHAUMBURG**


 By: /s/ Andrew. R. Greene
One of its Attorneys


Andrew R. Greene (ARDC #6225072)
Gabriela Nicolau (ARDC #6288457)
Johnston Greene, LLC
542 S. Dearborn Street
Suite 1310
Chicago, IL 60605
(312) 341-3900
(312) 341-0700 fax

## CERTIFICATE OF SERVICE

I, Andrew R. Greene, an attorney of record in this matter, hereby state that on August 12, 2008, I electronically filed the foregoing Response to St. Paul Mercury Insurance Company's Motion to Take Depositions after Discovery Cutoff, using CM/ECF SYSTEM which will send notification to all attorneys of record before the hour of 5:00 p.m. on this 12th day of August, 2008.

By: /s/ Andrew. R. Greene