## Andrew Greene

| | |
|---|---|
| **From:** | Andrew Greene |
| **Sent:** | Monday, August 11, 2008 4:56 PM |
| **To:** | Linda Carwile |
| **Cc:** | Rory Dunne; Andrew Greene; Gabriela Nicolau |
| **Subject:** | RE: Village of Schaumburg v. St.Paul:  St. Paul's Notice of 30(b)(6) Deposition |
| **Attachments:** | image002.jpg |

Linda,

While we have been able to work out most of our discovery disputes, this is one in which we simply disagree.  I read your motion as one that is asking for open-ended permission to depose anyone identified by Mr. Plazak, and to depose additional witnesses should St. Paul deem Mr. Plazak to have insufficient knowledge.  As we discussed the Village objects to such a request.

As I indicated our telephone discussion, we are NOT refusing to produce a Corporate Designee in response to the Notice of Deposition issued by St. Paul on May 9, 2008.  As you pointed out last week, we cannot agree to produce Mr. Plazak after the discovery cut-off date without leave from the Court.  On Friday, you filed a motion seeking such leave (as well as permission to depose other witnesses).  We responded immediately so as to encourage a quick ruling.  If the Court grants your motion, then we will produce Mr. Plazak on August 19, 2008.  If the Court denies your motion, then I am willing to discuss alternatives, which would most likely involve a joint motion to the Court with an agreed-upon solution.

 As you know, we were originally willing to file a joint motion asking for leave to depose Mr. Plazak after the discovery cut-off.  It was not until this issue of additional depositions arose that we refused to agree to St. Paul's requests.

Regarding the Village's objections to the Rule 30(b)(6) Notice, they were served on May 27, 2008.  We stand by all of those objections; but even if they were overruled, it would be too late at this point to try to identify additional witnesses on such topics.  I would also encourage you to review St. Paul's own objections to the Village's Rule 30(b)(6) notice, as well the limits of Ms. Jahnke's personal knowledge at her deposition.  I believe that the positions taken by St. Paul in this regard are consistent with the positions taken by the Village.

Again, I want to reiterate what I told you on the phone.  Just because parties disagree on an issue does not mean that they are not acting in good faith.  Our clients disagee on the foregoing issues.  The Court will resolve the matter.  After that, I hope that you and I will continue to work together in a professional and courteous manner.

Thanks Linda. As always, please do not hesitate to call me if you would like to discuss further.

Andy


Andrew R. Greene
JOHNSTON|GREENE|LLC
542 South Dearborn
Suite 1310
Chicago, Illinois 60605
(312) 341-3900
Facsimile: (312) 341-0700
Direct: 312-341-1410
agreene@johnstongreene.com
http://www.johnstongreene.com



EXHIBIT

A

**From:** Linda Carwile [mailto:lcarwile@KARBALLAW.com]
**Sent:** Monday, August 11, 2008 3:59 PM
**To:** Andrew Greene
**Cc:** Rory Dunne
**Subject:** Village of Schaumburg v. St.Paul: St. Paul's Notice of 30(b)(6) Deposition


Andy,

I am disappointed to read your response to my motion to take the Village's 30(b)(6) deposition next week. Pursuant to your response brief and our discussion today, I understand that you are refusing to produce a corporate designee pursuant to St. Paul's subpoena. If that is the case, I will have no choice but to file a motion to compel today, something that I had not wanted to do.

We also disagree with all of the Village's objections to St. Paul's 30(b)(6) notice and we will expect testimony on all Phase I topics as noticed. If Mr. Plazak does not demonstrate sufficient knowledge on a topic, we will expect the Village to produce a witness who does.



**Linda J. Carwile**
**Karbal | Cohen | Economou | Silk| Dunne | LLC**
200 South Michigan Avenue
20th Floor
Chicago, IL  60604
(DD)    312/431-3625
(Fax)    312/431-3670
(e-mail) lcarwile@karballaw.com

**CONFIDENTIALITY NOTE:**
This electronic message transmission contains information from the law firm of Karbal, Cohen, Economou, Silk & Dunne, LLC. which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.