UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

The Village of Schaumburg
                                    Plaintiff,

v.                                  Case No.: 1:07−cv−06654
                                    Honorable Marvin E. Aspen

St. Paul Mercury Insurance Company
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 18, 2008:

    MINUTE entry before the Honorable Marvin E. Aspen dated 8/18/08:Defendants' motion to compel [42], and motion for extension of time to complete discovery [39] noticed for hearing for 8/19/08 will be heard at 2:15 p.m., instead of at 10:30 a.m. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.