UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

The Village of Schaumburg

                                                Plaintiff,

v.                                                                              Case No.: 1:07−cv−06654
                                                                                            Honorable Marvin E. Aspen

St. Paul Mercury Insurance Company

                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 8/19/08: Defendants' motion to take deposition of plaintiff's 30(b) witness after discovery cutoff (Doc. NO. 39) and Defendants' motion to compel (Doc. No. 42) are both referred to Magistrate Judge Mason. The motion hearing set for 8/19/08 at 2:15 p.m., before Judge Aspen is stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.