## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

The Village of Schaumburg

                               Plaintiff,

v.                                                        Case No.: 1:07−cv−06654
                                                           Honorable Marvin E. Aspen

St. Paul Mercury Insurance Company

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable Michael T. Mason: Defendant's oral request to withdraw its motion for extension of time to complete discovery of plaintiff's 30(b)(6) witness [39] and its motion to compel [42] is granted. Mailed notice.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.